4

IN THE CITY OF CHICAGO, ILLINOIS
DEPARTMENT OF ADMINISTRATIVE HEARINGS
MUNICI PAL HEARINGS DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, a Municipal Corporation, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 07 PD 003754 |
| | ) | |
| Tari Adams and Sicara Adams | ) | CR 054396 |
| 3038 W. Flournoy Unit 2  3038 W. Flournoy Unit 2 | ) | |
| Chicago, IL 60608,  Chicago, IL 60608, | ) | |
| | | |
| Respondent. | | |

DEPT. OF ADMIN. HEARINGS
07 JUN -1 AM 11: 39

## CITY OF CHICAGO'S CERTIFIED COMPLAINT FOR FINAL DETERMINATION OF LIABILITY AND RECOVERY OF COSTS INCURRED

Petitioner, City of Chicago, ("City") through its attorney, Mara S. Georges, Corporation Counsel, by Special Assistant Corporation Counsel, Goldman and Grant, seeks final judgment against Respondents Tari Adams and Sicara Adams ("Respondents") for costs incurred by Petitioner reasonably related to Respondent's violation of State law and the Municipal Code of Chicago ("MCC"), and in support thereof states as follows:

1. This proceeding is brought pursuant to Chapter 2-14 of the MCC and Article VII, Section 6 of the Illinois Constitution.

2. Respondents, Tari Adams and Sicara Adams, is a resident of the state of Illinois residing at 3038 W. Flournoy Unit 2, Chicago, IL 60608.

3. On September 14, 2004 at approximately 8:29 P.M., Respondents damaged a police vehicle, which is the property of the City. The incident occurred in Chicago, Illinois.

4. On September 14, 2004 the City incurred costs in the amount of $1,758.28 to repair or replace said City property. (See Exhibit B). Such costs were reasonably related to Respondent's damaging City Property, which is a violation of local law.

### Count I – Liability for Violation of MCC 8-4-120

5. Paragraphs 1 through 5 inclusive are hereby realleged and incorporated herein by reference as paragraph 5 of Count I.



PLAINTIFF'S EXHIBIT 3

6. MCC 8-4-120 states:

No person shall cut, injure, damage or deface any public building, sewer, water pipe, hydrant, or other city property, fixture or personal property, or any tree, grass, shrub, or walk in any public way or public park. Any person violating any provision of this section shall be fined not less than $200.00 nor more than $500.00 for each offense.

7. Respondent's damaging City property constitutes a violation of MCC 8-4-120.

### Count II – Liability for Costs Incurred by Petitioner Reasonably Related to Violation of Local Law

8. Paragraphs 1 through 7 inclusive are hereby realleged and incorporated herein by reference as paragraph 8 of Count II.

9. MCC 1-20-020 states, in pertinent part:

Any person who causes the city or its agents to incur costs in order to provide services reasonably related to such person's violation of any federal, state or local law… shall be liable to the city for those costs. This liability shall be collectible in the same manner as any other personal liability.

10. The costs incurred by the City in Exhibit B in the amount of $1,758.28 were reasonably related to Respondent's violation of State and Local law as described above.

### Count III – Attorneys Fees and Costs

11. Paragraphs 1 through 10 inclusive are hereby realleged and incorporated herein by reference as paragraph 11 of Count III.

12. MCC 1-20-060 provides in pertinent part that:

In any action brought under this chapter, the City of Chicago shall also be entitled to recover a penalty in an amount equal to the city's litigation and collection costs and attorney's fees.

13. The City has incurred attorney's fees and collection costs in the amount of $350.00. (See Exhibit C).

WHEREFORE, Petitioner, City of Chicago, requests that this Court:

1. Find that Respondent violated local law;

2. Enter a fine against Respondent's between $200.00 and $500.00 for violation of MCC 8-4-120;

3. Find that Petitioner incurred costs in the amount of $1,758.28 in repairing or replacing Petitioner's damaged property;

4. Find that such incurred costs were reasonably related to Respondent's violation of local law;

5. Make a determination of liability that Respondent owe(s) attorney's fees and collection costs in the amount of $350.00 as a result of the cost recovery efforts;

6. Enter a judgment for administrative costs against Respondent in the amount of $50.00;

7. Enter a Finding, Decision & Order against Respondent in the total amount of $2,658.28.

                                                          Respectfully submitted,
Mara S. Georges, Corporation Counsel

By: _____
Jason N. Eink
Special Assistant Corporation Counsel
Attorney for Petitioner, City of Chicago

Law Offices of Goldman and Grant
205 W Randolph St
Suite 1100
Chicago, IL 60606
(312) 781-8700
Attorney #36689