**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06 CV 4856 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Charles R. Norgle |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**

The City of Chicago, by and through its attorneys Dykema Gossett PLLC, files the following status report regarding the criminal proceedings on which this Court has based its stay of proceedings:

1. As Defendant Hopkins reported, the next criminal court status date regarding the state charges against her is set for October 24, 2008. (Dkt. 86.)

2. A status hearing was held on September 10, 2008 before Judge Fleming in the state criminal proceedings against former Special Operations Section ("SOS") Officers Jerome Finnigan and Keith Herrera, who is a defendant in this case. At that hearing, counsel for Finnigan and Defendant Herrera stated that the parties were attempting to reach a resolution regarding the criminal charges against them. The terms of the resolution are to be discussed at the next criminal court hearing, which is set for November 6, 2008.

3. As to state criminal proceedings against other former SOS officers, Carl Suchocki's and Thomas Sherry's motions to dismiss the remaining criminal charges against them are set for a hearing on October 10, 2008. A status hearing is also scheduled for October 15, 2008 in the criminal proceedings against Frank Villareal.

4. In the federal criminal proceedings against Finnigan, the most recent docket entry reflects the court's granting of an agreed motion, filed under seal, for an extension of time to seek the return of an indictment or to file an information as to Finnigan. (*U.S. v. Finnigan*, 07 CR 634, Dkt. 22.)

5. Based upon the foregoing, and upon information and belief, joint federal and state investigations into other members of the SOS are ongoing.

Dated: September 23, 2008            Respectfully submitted,

                                               s/Molly E. Thompson

Terrence M. Burns            One of the Attorneys for Defendant,
Daniel M. Noland             City of Chicago
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2008, I electronically filed the foregoing **Status Report** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Christopher R. Smith
A Law Office of Christopher R. Smith
112 South Sangamon
Suite 3A
Chicago, Illinois 60607
312.432.0400

Joseph Vincent Roddy
Law Office of Joseph V. Roddy
77 West Washington Street
Suite 1100
Chicago, Illinois 60602
312.368.8220

Geri Lynn Yanow
City of Chicago Department of Law
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
312.744.2837

Phillip John Oliver
Law Office of Robert D. Kuzas
222 N. LaSalle Street
Suite 200
Chicago, Illinois 60601
312.654.8856

s/Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2524860.1
ID\METH