# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

SENECA ADAMS, et al.  )
    Plaintiff(s)  )
                        ) Case No. 06 C 4856
v.  )
CITY OF CHICAGO, et al.  )
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: judgment is hereby entered on the jury's verdict in favor of Plaintiff Seneca Adams in the amount of $2,400,00.00; in favor of Plaintiff Tari Adams in the amount of $1,000,000.00 ; in favor of Plaintiff Sicara Adams in the amount of $300,00.00 and against Defendant City of Chicago.

This action was *(check one)*:

☑ tried by a jury with Judge Charles Norgle     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     a motion

Date: 5/27/2014     Thomas G. Bruton, Clerk of Court
    /s/ _____, Deputy Clerk