---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

---

| | | |
|---|---|---|
| SENECA ADAMS and TARI ADAMS, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| Plaintiffs, | ) | District of Illinois, Eastern Division |
| | ) | |
| v. | ) | No.  06 C 4856 |
| | ) | |
| CITY OF CHICAGO, ET AL., | ) | The Honorable |
| | ) | Charles R. Norgle, |
| Defendants. | ) | Judge Presiding. |
| | ) | |

## NOTICE OF APPEAL

Plaintiffs, SENECA ADAMS and TARI ADAMS, by their attorneys'
Christopher R. Smith and Amanda Antholt, hereby appeal to the United
States Court of Appeals for the Seventh Circuit from the following orders
entered by the Honorable Charles R. Norgle:

(1) The District Court's Orders, R.503 and 504, entered on August 5,
2014, remitting the jury awards of compensatory damages to Plaintiff Seneca
Adams and to Plaintiff Tari Adams.

By this appeal, Plaintiffs will ask the Court of Appeals to reverse the
orders of the District Court and enter the verdict of the jury, with interest,
award Plaintiffs' appellate attorneys' fees, and grant such other relief as they
may be entitled to on this appeal.

RESPECTFULLY SUBMITTED,


_____/s/Christopher R. Smith_
One of the Attorneys for Plaintiffs

Amanda Antholt
Christopher R. Smith
1 North Lasalle, Suite 3040
Chicago, IL 60602
312.432.0400


**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the above Notice of Appeal was served on counsel for all parties by electronic and first class mail means on August 21, 2014.


_____/s/Christopher R. Smith_
One of the Attorneys for Plaintiffs

2

## SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:    06 CV 4856

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Seneca Adams, et al., Appellant | | City of Chicago, et al., Appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Christopher Rudolf Smith | Name | Geri Lynn Yanow |
| Firm | Smith, Johnson & Antholt, LLC | Firm | City of Chicago, Department of Law Individual Defense Litigation |
| Address | 1 North LaSalle Street, Suite 3040 Chicago, IL 60602 | Address | 30 North LaSalle Street, Suite 900 Chicago, IL 60602 |
| Phone | (312) 432-0400 | Phone | (312) 744-2837 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Charles R. Norgle, Sr. | Date Filed in District Court | 9/7/06 |
| Court Reporter | M. Pittman, Ext. 5576 | Date of Judgment | 8/5/14 |
| Nature of Suit Code | 440 | Date of Notice of Appeal | 8/21/14 |

COUNSEL:           Appointed  [   ]        Retained  [ X ]              Pro Se  [   ]

FEE STATUS:            Paid  [ X ]              Due  [   ]                IFP  [   ]

                    IFP Pending  [   ]            U.S.  [   ]            Waived  [   ]

Has Docketing Statement been filed with the District Court Clerk's Office?        Yes  [   ]        No  [ X ]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

        Granted  [   ]          Denied  [   ]          Pending  [   ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

*cmc*

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SENECA ADAMS, et al.,                )
                                      )
            Plaintiffs,               )
                                      )        No. 06 CV 4856
      v.                              )
                                      )        Hon. Charles R. Norgle
CITY OF CHICAGO,                      )
                                      )
            Defendant.                )

## ORDER

Defendant's Motion for Remittitur [487] is granted. Plaintiff Seneca Adams's award from $2,400,000 to $1,170,000, and Plaintiff Tari Adams's award from $1,000,000 to $350,000. In a separate Order, the Court previously reduced Plaintiff Sicara Adams's award from $300,000 to $150,000.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: August 1, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SENECA ADAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06 CV 4856 |
| v. | ) | |
| | ) | Hon. Charles R. Norgle |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

Plaintiffs Seneca Adams ("Seneca"), Tari Adams ("Tari") and Sicara Adams ("Sicara") (collectively, "Plaintiffs") proceeded to a jury trial on the issue of compensatory damages against Defendant City of Chicago (the "City") for: (1) false arrest, in violation of the Fourth Amendment as to all Plaintiffs; (2) excessive force, in violation of the Fourth Amendment as to all Plaintiffs; (3) discrimination on the basis of race, in violation of the Equal Protection Clause of the Fourteenth Amendment as to all Plaintiffs; and (4) malicious prosecution, in violation of Illinois state law as to Seneca and Tari. The jury returned a verdict in the amount of $2,400,000 for Seneca; $1,000,000 for Tari; and $300,000 for Sicara. The Court remitted Sicara's award to $125,000. Before the Court is the City's motion for remittitur as it pertains to Seneca and Tari. For the following reasons, the motion is granted.

## I. BACKGROUND

### A. Facts

The jury heard the following version of the facts from the sibling-Plaintiffs who testified in this case. The City of Chicago did not call any occurrence witnesses. The jury heard no evidence of what preceded the stopping of Seneca. On September 14, 2004, Seneca and Sicara,

20-year-old twins, shared an apartment with their 18-year-old brother, Tari, and Sicara's 4-year-old daughter, Ciara, in a neighborhood where they had lived their entire lives. Sicara's boyfriend lived with them from time to time. Their mother lived a short distance away. At approximately 8:00 p.m. that night, Seneca was running or jogging through the apartment complex when he heard, "Get down on the ground," and "Monkey, get down on the ground. Fuckin' nigger, get down on the ground." Seneca turned around and saw that Chicago police officers had their pistols drawn on him.[1] He got down to his knees and lay down with his face on the ground. An officer kicked him in the face. Seneca was then handcuffed and told to put his face down on the hood of the squad car. When Seneca turned around intending to inform the officer that the hood was too hot to comply, he was punched in the face, with a closed fist. According to Seneca, the officer was wearing weighted gloves.

Many spectators were present, including Seneca's niece, Ciara. Seneca asked the officer if he was going to beat him up in front of his niece. The officer stated, "I don't give a fuck about you or your nigger niece," and hit him in the face again. Seneca was bleeding from his mouth and eyes. He was then put inside the police car where the officer punched him repeatedly in the face with a closed fist, grabbed his hair and banged his head against the window, and elbowed him in face. He was driven to a secluded area where the officer continued to punch him and bang his head against the window. Seneca was bleeding from his lips, mouth, eyes, eardrum, and nose. Officers called him a "fuckin' monkey" and a "fuckin' nigger."

The officers then drove him back to his apartment complex and an officer told him to keep his head down or he would be sprayed with mace. He was left alone, with his head down,

---

[1] The Defendant Officers were dismissed from this lawsuit before the case proceeded to trial on the issue of compensatory damages. The Defendant Officers include former and current Chicago police officers Margaret Hopkins, Timothy McKeon, Matthew Riley, John Dahlberg, Jennifer O'Shaugnessy, Keith Herrera, John Hurley, and unknown Chicago police officers, who were members of the now-disbanded Special Operations Section ("SOS") of the Chicago Police Department.

for some time. Seneca was bleeding, in pain, and uncontrollably crying. When the officers returned it was dark outside. The officers drove him to the back of the county jail at 26th Street and Sacramento. There, he saw "a lot of cop cars" and officers in a huddle. Seneca testified that he was scared and did not know what to expect, and that it felt like he had been hit hundreds of times. Seneca testified that the combination of racial slurs and beating was "crazy," "humiliating," and "savage." Eventually, Seneca was taken to Mercy Hospital where he received medical treatment, including 9 stitches. The medical personnel did not provide or prescribe any medication.

Tari and Sicara, who were inside the apartment at the time the incident began, heard the commotion outside and decided to go outside to see what was happening. Tari left through the back door. Sicara left through the front door. Once outside, they saw Seneca in a police car being beaten by a police officer. Shortly thereafter, the officers drove away from the scene with Seneca in custody. Tari and Sicara decided to find out what was happening with Seneca because it did not look like the officers were driving in the direction of the police station. Tari and Sicara first called their aunt and their mother to let them know what was happening. After locking the apartment and checking on Ciara, Sicara and Tari got into Sicara's car. Tari drove in the direction that the officers had gone in an attempt to find Seneca. Sicara sat in the passenger seat.

Tari drove towards 26th and Sacramento, where they came upon a line of police cars and saw officers huddled outside of their cars. Sicara testified that she saw Seneca in the back of a police car, crying with a swollen and bloody face. She then rolled down her window and yelled to the officers, asking them what they were doing with Seneca. In response, an officer walked to the driver's side of the car and tried to shift the gears of the car into park, but could not reach the gear. The officer then punched Tari in the face. Sicara testified that they feared for their lives

3

so Tari drove away and headed back towards their apartment building. Tari stopped for a red light while waiting to turn left. Tari testified that, while waiting at the red light, a police car "slammed into the driver's side of my door. Glass flew in my face and fiberglass from the door." Sicara testified that the collision left a hole in the door of her car. Immediately thereafter, Tari drove away towards their apartment complex. He got out of the car, through the passenger side door, and was tackled by police officers. He was handcuffed, punched in the back of the head, and placed in the back of a police car. Tari testified that he was scared and sat in the police car for "[c]lose to hours." Tari was then driven around and beaten by 3 officers. Tari said that "it was like three maniacs just, you know, doing whatever they wanted to with me." Tari was initially taken to St. Anthony's Hospital, but after a few minutes there, he was driven to Mercy Hospital to receive medical treatment. While en route to Mercy Hospital, he was punched again by 2 officers. Tari testified that he tucked his head between his legs to protect his face from being hit, and made wheezing sounds to get them to stop. He had swollen eyes and lips, scratches and scrapes all over his face, and pain everywhere.

Other officers transported Sicara to the police station, located at 23rd and Damen. Hours later, Seneca was brought into the room with Sicara. Sicara testified that his face looked unrecognizable—Seneca's face and lips were swollen, he had cuts and bruises. An hour or 2 later, Tari was brought into the room with Sicara. Sicara said that his face looked hurt and that he was wearing a hospital gown with some blood on it. Tari was processed and taken to a basement area where he was placed in a cell with Seneca. Tari testified that he was devastated and angered by seeing Seneca with worse damage to his face.

The next morning, Sicara was transported to a different police station, located at Harrison and Kedzie where she was placed in a cell. In total, Sicara spent slightly over 24 hours in the

4

room and in jail. She was never taken to the Cook County Jail. She was released on her own recognizance (no cash bond). Her case was immediately dismissed when she appeared in court on the issued summons. On the morning that Sicara was released from jail, she and her mother watched Seneca and Tari's bond hearing. Seneca and Tari appeared through a video monitor. Sicara testified that her brothers "looked so sad and abused." Sicara said that she felt helpless looking at her brothers, and she watched as her mother cried and collapsed to the floor. Seneca was charged with 4 counts of aggravated battery and unlawful use of a deadly weapon. Tari was charged with 4 counts of aggravated assault and 2 counts of aggravated battery. At a bench trial, a judge of the Circuit Court of Cook County found them guilty of misdemeanors.

Following the hearing, Seneca and Tari were transported to the Cook County Jail, where they were subjected to a routine strip search during the intake process. Seneca testified that he felt humiliated, and Tari testified that the experience was "very degrading." Seneca and Tari remained in custody at the Cook County Jail for 204, and 46 days, respectively. Tari testified that while he and Seneca were incarcerated, they were not themselves physically, mentally, or emotionally. Seneca said that although he did not experience any violence and had no problems while he was in custody in Cook County Jail, he was nevertheless scared and feared violence. Tari was released on bond on November 1, 2004, with a 7:00 a.m.-7:00 p.m. curfew. Tari said he felt depressed; his freedom was everything. Seneca was released on bond in April of 2005.

Represented by lawyers, Seneca and Tari attended more than 20 court dates. While he was incarcerated, Seneca testified that at each court appearance he felt hope that he was going to get out. Their criminal cases proceeded to a bench trial; and, Tari testified that he was scared and angry when police officers told lies about him and Seneca that could ruin their lives. On May 18, 2006, Seneca and Tari were both found guilty of a misdemeanor and sentenced to

probation and community service. Each had to report to a probation officer. Seneca testified that he still felt like he was in jail because he had to follow rules and regulations—"I really can't do things the way I wanted to do it." On December 19, 2006, the charges against Seneca and Tari were vacated and their records were expunged.

Tari testified that following these events, Seneca had changed: "He didn't look like his usual self, where he was – he was a happy person, a social person"; rather, he was "in a sad state." Sicara added that Seneca was angry and obsessed about what happened to him; he also obsessed about justice. Sicara further testified that Tari too had changed: "He's not as trusting. He's not as free-hearted as he used to be. . . . He only deals with his family." Sicara went on to explain how the events caused them to move away to another state. Tari, however, testified that he moved to Arizona in March of 2006 (before Seneca) because there were more job opportunities, he had friends there and his older brother lived there. Seneca said he moved to Arizona because there were better opportunities and he did not have to deal with the same anxieties he had in Chicago. Sicara also said that their family unit was broken when Seneca and Tari moved to Arizona. Sicara moved to Arizona briefly in February of 2006, 2 years after her arrest, but she returned to Chicago 4 months later.

Seneca is now 30 years old, and is employed as a battery technician, a position that requires him to handle heavy machinery. Tari is now 27 years old and is employed as a dock worker at FedEx freight. Following these events, Seneca saw a psychiatrist 1 time on the recommendation of his attorney, but has received no other medical attention or treatment in the 10 years since then. Tari has never sought follow-up medical attention, counseling, or psychiatric or psychological treatment in relation to these events.

**B. Procedural History**

Plaintiffs initiated this action in the year 2006. Discovery was stayed for over 2 years while criminal proceedings and other investigations were conducted as to the defendant police officers. The stay was lifted on June 1, 2009 and discovery went forth. After years of discovery, the parties reached an agreement wherein the City agreed to admit liability and proceed to a trial on the issue of compensatory damages only, in exchange for the dismissal of their claims against the individual officers. Specifically, the City admitted to the following: (1) false arrest, in violation of the Fourth Amendment as to all Plaintiffs; (2) excessive force, in violation of the Fourth Amendment as to all Plaintiffs; (3) discrimination on the basis of race, in violation of the Equal Protection Clause of the Fourteenth Amendment as to all Plaintiffs; and (4) malicious prosecution, in violation of Illinois state law as to Seneca and Tari.

This case proceeded to a jury trial on compensatory damages against the City on February 18, 2014. The jury was instructed to consider the following types of compensatory damages, and no others: The physical, mental, and emotional pain and suffering that Plaintiffs have experienced and are reasonably certain to experience in the future. On February 20, 2014, the jury returned a verdict for Seneca in the amount of $2,400,000; for Tari in the amount of $1,000,000; and for Sicara in the amount of $300,000. The City timely filed the instant motion for a remittitur of the jury's verdict, which is fully briefed and before the Court. On June 10, 2014, the Court granted the motion as to Sicara, remitting her compensatory damages award from $300,000 to $125,000. Now, the Court addresses the motion as it pertains to Seneca and Tari.

7

## II. DISCUSSION

### A. Standard of Decision

Compensatory damages "are intended to redress the concrete loss that the plaintiff has suffered by reason of the defendant's wrongful conduct." Cooper Indus., Inc. v. Leatherman Tool Gp., Inc., 532 U.S. 424, 432 (2003) (citations omitted). "A jury's assessment of the extent of a plaintiff's injury is essentially a factual determination," id. (citation omitted), which must be accorded substantial deference, Ramsey v. Am. Air Filter Co., 772 F.2d 1303, 1313 (7th Cir. 1985) (citing Levka v. City of Chi., 748 F.2d 421, 424 (7th Cir.1984)). However, "the court must also ensure that the award is supported by competent evidence." Ramsey, 772 F.2d at 1313 (citations omitted).

A successful § 1983 plaintiff may not be awarded damages merely "to account for 'the abstract value of a constitutional right.'" Horina v. City of Granite City, 538 F.3d 624, 637 (7th Cir. 2008) (quoting City of Watseka v. Ill. Pub. Action Council, 796 F.2d 1547, 1559 (7th Cir. 1986)). A plaintiff must "prove that the denial of his constitutional rights resulted in an actual injury." Id. (citations omitted). "'Rights, constitutional and otherwise, do not exist in a vacuum. Their purpose is to protect persons from injuries to particular interests . . . .' Where no injury [is] present, no 'compensatory' damages [can] be awarded." Memphis Cmty. Sch. Dist. v. Stachura, 477 U.S. 299, 308 (1986) (quoting Carey v. Piphus, 435 U.S. 247, 254 (1978)). In other words, compensatory damages are not presumed but "must be proved in order to be recovered; a plaintiff who wants substantial damages can't just ask for them." Ustrak v. Fairman, 781 F.2d 573, 579 (7th Cir. 1986) (citations omitted); see also Walker v. City of Chi., 513 F. App'x 593, 596 (7th Cir. 2013) (non-precedential order).

8

"The fact that the 'monetary value of the particular injury is difficult to ascertain'—as is often the case when the injuries asserted are humiliation, distress, and other harms associated with the denial of a right—does not preclude an award of damages." Horina, 538 F.3d at 637 (quoting City of Watseka, 796 F.2d at 1558-1559) (additional citations omitted). "But the plaintiff must nevertheless show that he actually suffered those injuries . . . ." Id. (citations omitted). It is well established that "[j]udges and juries must not be casual with other people's money." Avitia v. Metro. Club, 49 F.3d 1219, 1229 (7th Cir. 1995).

"When the reasonableness of a jury's verdict is called into question" courts "consider whether (1) the award is monstrously excessive; (2) there is no rational connection between the award and the evidence, indicating that it is merely a product of the jury's fevered imaginings or personal vendettas; and (3) whether the award is roughly comparable to awards made in similar cases." G.G. v. Grindle, 665 F.3d 795, 798 (7th Cir. 2011) (citations omitted); see also Dresser Indus., Inc., Waukesha Engine Div. v. Gradall Co., 965 F.2d 1442, 1446 (7th Cir. 1992) ("In this circuit, we will alter jury awards only if they are monstrously excessive, born of passion and prejudice, or not rationally connected to the evidence." (internal quotation marks and citations omitted)). Because the "monstrously excessive" inquiry is "a rather vague standard for review" it is "folded into the rational inquiry analysis." G.G., 665 F.3d at 799 (internal quotation marks and citation omitted).

**B. Motion for Remittitur**

The City argues that the damages awarded to Seneca in the amount of $2,400,000 and to Tari in the amount of $1,000,000 are grossly excessive and unsupported by the evidence. According to the City, these awards must have been based on passion and sympathy as opposed to actual evidence of harm because the evidence showed that neither Seneca nor Tari suffered

9

economic damages (medical expenses, lost wages, and other pecuniary losses); the most severe injuries required 9 stitches on Seneca, and neither Seneca nor Tari ever sought or required follow up medical treatment; and both Seneca and Tari testified as to generalized fear and sadness without any long-term harms. In addition, the City argues that the awards are out of line with comparable cases where other plaintiffs received lesser awards for more extensive and better supported injuries. It is well established that "[a]wards in other cases provide a reference point that assists the court in assessing reasonableness; they do not establish a range beyond which awards are necessarily excessive." Farfaras v. Citizens Bank & Trust of Chi., 433 F.3d 558, 566-67 (7th Cir. 2006) (internal quotation marks and citation omitted).

### 1. Seneca's $2.4 Million Award

Seneca's compensable injuries include: the physical, mental, and emotional pain and suffering caused by the City's wrongful conduct, including the combination of racial slurs and soft tissue injuries inflicted by police officers, resulting in some permanent scarring on his eye, over his eye, under his eyes, and bumps on his lip; the loss of his freedom for 204 days (approximately 7 months); the restricted freedom while he was defending himself against false criminal charges, and his misdemeanor conviction and sentence thereafter; and the uncertainty and apprehension he endured regarding his fate and future. These injuries are profound and support a substantial verdict.

However, the evidence in this case does not warrant the jury's extraordinary award of $2,400,000. "Statements made during closing argument are, of course, not evidence." Denius v. Dunlap, 330 F.3d 919, 928-29 (7th Cir. 2003) (citing Rastafari v. Anderson, 278 F.3d 673, 690 (7th Cir. 2002)). But the jury was inundated with an impassioned closing argument by Plaintiffs' counsel—their view of the evidence—which was largely inflammatory, unsupported, and lacked

10

a rational connection to the evidence. For example, counsel referred to inmates of the Cook County Jail as murderers, rapists, and violent criminals. Human beings, convicted felons in Illinois serve their time in the Illinois Department of Corrections and not in the Cook County Jail. In his rebuttal argument, counsel referred to the human beings—who are awaiting trial at the Cook County Jail and not serving time for felony convictions—as "those animals" and asserted that Seneca was "locked in a cage with them," which is disturbing. Plaintiffs' counsel referred to inmates as "animals" no less than 6 times, and used the word "cages" no less than 3 times. These slurs and comments suggested to the jury that the "animals," murderers, rapists, and violent criminals were attacking or were likely to attack Seneca and Tari in the Cook County Jail. To the contrary, Seneca admitted that he did not experience any violence and had no problems while he was incarcerated at the Cook County Jail. Specifically, Seneca testified that on 1 occasion he was threatened by 1 of the factions of inmates, which he referred to as "groups," and was told to mind his own business; he did so and had no problems. Seneca also said that because he was not part of the "groups" he could not eat the way he wanted to, shower when he wanted to, or play games without being told that he could. This evidence, however, does not support the jury's excessive award, and shows that it was a product of the jury's fevered imaginings, brought on by a largely unsubstantiated closing argument.

Additionally, while Seneca can recover for the indignities, humiliation, and emotional distress that he personally experienced as a result of his false arrest and his experiences challenging the wrongful charges brought against him, he cannot recover for emotional damages based upon the fear that he felt on behalf of his brother Tari and the possible penalties that Tari was facing. See, e.g., Coon v. Ledbetter, 780 F.2d 1158, 1160 (5th Cir. 1986) (holding that constitutional claims are personal and do not accrue to a relative) (collecting cases); see also

Laskowski v. Spellings, 546 F.3d 822 (7th Cir. 2008) ("[A] plaintiff has standing to sue only for injuries to his own interests that can be remedied by a court order." (citing Lujan v. Defenders of Wildlife, 504 U.S. 555, 561 (1992)). Nevertheless, in Plaintiffs' closing argument, counsel argued extensively in the plural, avoiding the evidence of personal and individual injuries sustained by each of the sibling Plaintiffs. For example, counsel stated that "they are sitting there and they have to see each other beaten, battered, broken." Sicara suffered no physical injuries.

Furthermore, testimony regarding the break-up of their sibling-family unit since Seneca and Tari chose to move to Arizona does not support damages for the violation of Plaintiffs' constitutional rights. Sibling loss of consortium is not recognized under § 1983. Bell v. City of Milwaukee, 746 F.2d 1205, 1247 (7th Cir. 1984) (declining to extend constitutional protection to a victim's siblings to recover for loss of society and companionship, and remarking that to rule otherwise, "there could be no principled way of limiting such a holding to the immediate family or perhaps even to blood relationships"), overruled on other grounds by Russ v. Watts, 414 F.3d 783, 791 (7th Cir. 2005); see also Niehus v. Liberio, 973 F.2d 526, 534 (7th Cir. 1992) ("Deprivations of the lesser services comprehended in the portmanteau term 'consortium' are not deprivations of liberty within the restricted meaning that the term bears in the Constitution."); Ortiz v. Burgos, 807 F.2d 6, 9 (1st Cir. 1986) (finding no constitutional right to the companionship of adult relatives).

Next, the City argues that awards in other comparable cases demonstrate that Seneca's award is excessive. While the damages awarded in this case cannot be completely analogized with an identical case with a similar or dissimilar verdict, the Court reviews the arguably comparable cases, although none are dispositive.

12

Plaintiffs point to Ibaenez v. Velasco as a comparable case which upheld a $2,500,000 verdict in an excessive force case. No. 96 C 5990, 2002 WL 731778, at *1, 12 (N.D. Ill. Apr. 25, 2002). There, the plaintiff suffered from bruising, scratches, neck strain, gynecological problems, fatigue, recurrent major depression, suicidal thoughts, panic attacks, recurrent bulimia, and post-traumatic stress disorder. Id. at *10. The similarity of Ibaenez to this case ends with the minor soft tissue injuries sustained—Seneca did not suffer from any reproductive or serious, long-lasting medical, psychological, or psychiatric issues. To the contrary, Seneca testified that he saw a psychiatrist 1 time on the recommendation of his attorney, and received no other treatment or counseling in the 10 years since the incident.

The City cites more instructive cases with significantly lower compensatory awards where plaintiffs sustained injuries due to police brutality. For example, in Niehus, the Seventh Circuit upheld a $336,320.59 compensatory damages award, which would amount to approximately $570,800.06 today, where the plaintiff was arrested on suspicion of drunk driving, and following an argument with the police in Berkeley, Illinois, he was kicked in the face 5 to 15 times, resulting in a broken cheekbone and brain damage. 973 F.2d at 527. Two police officers beat him in the Berkeley police station while 1 of his arms was handcuffed to a chair. Id. Expert testimony established that the fractured cheekbone caused significant disabling mental and emotional injury; and, as a result of his mental and psychological impairments, he had not been able to retain his family—the damage to his brain severely impaired his ability to maintain personal relationships. Id. at 528. Medical experts also presented evidence of permanent injury: "he suffered from depression, continual pain in his head and neck, and other physical and psychological symptoms that cumulatively had made his life a misery." Id.

13

In <u>Garcia v. City of Chi.</u>, the court remitted a $1 million compensatory damages award to $250,000 where the plaintiff suffered a "brutal" attack resulting in a broken nose and a fractured eye orbital, both of which healed on their own and did not cause any permanent harm, aside from a slightly crooked nose. No. 01 C 8945, 2003 WL 22175622, at *3-4, 7 (N.D. Ill. Sept. 19, 2003). In <u>Montano v. Atilano</u>, the court denied a motion seeking remittitur of a $100,000 compensatory award where the plaintiff was struck with a flashlight, choked (nearly losing consciousness), had his hair pulled, and was repeatedly punched and kicked while in custody. No. 97 C 8035, 2011 WL 4540737, at *2, 5 (N.D. Ill. Sept. 29, 2011). As a result of his injuries, the plaintiff received pain killers and a cane, went to a physical therapist for 1 year and received other medical treatment for pain in his back and testicles; he could not return to his job, or have intimate relations with his wife. <u>Id.</u> at *2. Additionally, he had disorderly conduct charges pending against him for almost a year. <u>Id.</u> In <u>Moreno v. Kelley</u>, the court upheld a $100,000 compensatory award where the plaintiff was beaten with nightsticks which resulted in a 5-day hospital stay; the plaintiff suffered from a fractured nose and had permanent scarring from the attack. No. 00 C 0010, 2002 WL 58587, at *7 (N.D. Ill. Jan. 15, 2002). He also had a $900 loss of employment compensation. <u>Id.</u> Recently, in <u>Degorski v. Wilson</u>, a jury awarded $225,000 in compensatory damages where the plaintiff was punched repeatedly, knocking him temporarily unconscious, and causing him to suffer the loss of a tooth, and at least 6 separate fractures to his face that required surgery and the insertion of a metal plate into his cheek bone. No. 04 C 3367, 2014 WL 3511220, at *1-2 (N.D. Ill. July 16, 2014). There was evidence that immediately prior to the attack, the officer put on leather "shake down" gloves. <u>Id.</u> at *2.

Here, Seneca was subjected to a brutal physical attack, as well as verbal abuse based on his race—an aggravating factor. He suffered from bruising and cuts which required 9 stitches,

14

resulting in some permanent scarring on his face. However, Seneca never sought or required any follow up medical treatment. Moreover, Seneca had no medical expenses, lost wages, or other pecuniary losses.

Beyond the damages Seneca sustained for these minor soft tissue injuries, Plaintiffs cite several additional cases in support of Seneca's $2,400,000 award. See Fegan v. Reid, No. 06 C 6767, 2010 WL 3324889, at *1 (N.D. Ill. Aug. 19, 2010) (denying motion for new trial and noting that the jury awarded $1,553,000 in compensatory damages for unlawful seizure, excessive force, and intentional infliction of emotional distress); Finwall v. Chi., No. 04 C 4663 (N.D. Ill. Oct. 23, 2007) (entering judgment on jury verdict in the amount of $2,025,000 for false arrest, unlawful detention, and due process violation); Helmy v. City of Jersey City, 836 A.2d 802, 804 (N.J. App. Ct. 2003), and op. after remand aff'd by No. L-3454-99, 2005 WL 3691498, at *1 (N.J. App. Ct. Jan. 23, 2006) (upholding $500,000 compensatory damages award in a malicious prosecution case where the plaintiff was beaten and kicked before other officers, locked in a closet, taunted about his ethnicity, searched, forced to remove his clothing while handcuffed to a bench, ridiculed, denied medical attention, incarcerated for 3 days before making bail, and suffered stress from the incarceration and strip searches, interruption of his college studies, and psychological distress); Vitale v. Hagan, 132 A.D.2d 468, 468, 472 (N.Y. App. Ct. 1987) (upholding $750,000 jury award for a plaintiff who was never incarcerated in an action for assault, battery, false arrest, and malicious prosecution, but included a dissent characterizing the award as "shockingly excessive" and advocating for a reduction to $25,000). Plaintiffs' cited cases, however, provide sparse discussion as to the facts of each case and the evidence presented during trial; and, therefore offer little value as comparators. To the extent that there is any

15

meaningful factual development, there are distinguishing factors that are unhelpful in assessing the reasonableness of the jury's award in this case.

The Court finds the following cases more useful, although none are pointedly analogous. In Sykes v. Anderson, 2 plaintiffs received $1,020,000 and $1,063,000 in compensatory damages on their malicious prosecution and due process claims. Nos. 05071199, 05-73725, 2010 WL 5292287, at *1 (E.D. Mich. Dec. 20, 2010), aff'd, 419 F. App'x 615 (6th Cir. 2011) (non-precedential order). The plaintiffs were incarcerated for 43 days and 58 days, respectively, as a result of their wrongful convictions. Id. at *3-4. The plaintiffs presented evidence of economic damages in the amounts of $918,520 and $495,860, respectively. Id. at *2-3. The court determined that any portion of the compensatory damages the jury awarded based on non-economic damages was justified by the evidence presented at trial. Id. at *3. Thus, as to the second plaintiff, $567,140 was supported by non-economic damages. The plaintiff spent 58 days in jail, and was strip searched. Id. at *4. She testified that she felt "degraded," "terrified and fearful," and told the jurors how she lost weight in jail. Id. She also presented evidence, through her pastor, that while in jail she would cry, and felt despondent and helpless, and that following these events she was not the same person. Id. In addition to her testimony, she presented a medical expert who testified that she suffered from a major depression disorder and post-traumatic stress disorder, and that the incident had irreparably damaged her state of mind, work habits, and her job prospects. Id. at *5. Indeed, the plaintiff presented testimony that she was unable to find work for the 4 years between her arrest and trial. Id. at *2.

Seneca testified as to the same general feelings of fear and degradation. His sister, Sicara, testified that he was not the same person following these events. Further, he was in jail for 204 days, approximately 3.5 times longer than the Sykes plaintiff. However, he did not

16

present expert medical testimony as to his mental and emotional state during and after the incidents that led to his claims against the City.

With respect to the loss of freedom resulting from wrongful detention, the Seventh Circuit has upheld annualized damages of approximately $1,000,000 per year. See Newsome v. McCabe, 319 F.3d 301, 302-03, 307 (7th Cir. 2003) (upholding $15,000,000 damages award following a wrongful conviction and incarceration on murder charges where 15 years had passed between his conviction and his pardon on the ground of innocence). The Court notes that this is neither an automatic base award, nor a ceiling; indeed, in the appropriate case, a higher annualized award may be appropriate. For example, in Dominguez v. Hendley, the Seventh Circuit affirmed a $9,063,000 jury award where the plaintiff was wrongfully arrested at age 15 on charges home invasion and sexual assault, and spent 4 years incarcerated before being paroled. 545 F.3d 585, 587 (7th Cir. 2008). Plaintiffs argue that this amounts to approximately $2,000,000 for each year spent in jail. However, the award compensated the plaintiff for more than just the loss of his freedom, and general testimony of emotional damages. Throughout the process and the period following his release, the plaintiff maintained his innocence and continued to challenge his conviction until it was vacated (13 years following arrest) and he was pardoned by the Governor (16 years following arrest). Id. Prior to his exoneration, the plaintiff was subjected to deportation proceedings based on his conviction and was subsequently prosecuted and convicted for failure to timely register as a sex offender. Amended Joint Final Pre-Trial Order ¶¶ 19-20, Dominguez v. Hendley (N.D. Ill. Sept. 28, 2006) (Doc. No. 107, Ex. B). Moreover, the plaintiff presented several expert witnesses who concluded that he suffered from major depression and post-traumatic stress disorder. See Renewed Motion in Limine Regarding Damages ¶ 8, Dominguez v. Hendley (N.D. Ill. Sept. 12, 2006) (Doc. No. 78-2).

Finally, both parties rely on Mason v. City of Chi., 641 F. Supp. 2d 726 (N.D. Ill. 2009), to support their respective positions. There, the court upheld a jury award of $625,000 on the plaintiff's claims for excessive force and malicious prosecution. Id. at 727. The plaintiff suffered a fractured orbital bone, eye complications related to the fracture, other facial problems, including a decreased sense of smell, lingering neurological damage, financial damages of over $60,000 in medical bills, and a wide range of emotional damage, including seriously impaired relationships with his friends and family, decreased physical activity, irrational fear of being in public or being seen with his girlfriend, and loss of self-confidence. Id. at 730-31. The court concluded that either the physical or the emotional injuries supported the jury's verdict. Id. at 731. The physical injuries sustained by the plaintiff in Mason are simply not comparable to those sustained by Seneca. The emotional injuries, however, provide a rough comparison to this case. Like the plaintiff in Mason, Seneca suffered from a changed personality—his happy demeanor changed to one of sadness, anger, and obsession with the events and justice. However, Seneca did not present evidence of changed personal and work habits, a decrease in self-confidence, fear of being in public, or impaired personal relationships. Rather, Seneca has a successful career as a battery technician, a position that requires him to handle heavy machinery.

In sum, the evidence presented in support of Seneca's non-economic injuries makes it an outlier among roughly comparable cases, and does not support the monstrously excessive $2,400,000 compensatory damages award. Accordingly, the Court remits the award to $1,170,000.

### 2. Tari's $1 Million Award

Tari's award compensated him for the physical, mental, and emotional pain and suffering he endured as a result of police misconduct, including soft tissue injuries resulting in swollen

eyes and lips, scratches and scrapes all over his face, and a bruised eye; the loss of his freedom for 46 days (approximately 1.5 months); the restricted freedom while he was defending himself against false criminal charges, and his misdemeanor conviction and sentence thereafter; and the uncertainty and apprehension he endured regarding his fate and future. However, for the same reasons discussed above, the evidence presented to support Tari's non-economic damages does not warrant the monstrously excessive jury award of $1,000,000.

Tari's physical injuries were less severe than Seneca's—he suffered no permanent harm from the brutal beating that he endured. Tari also testified that he never heard any police officer use any racial epithets or any racial statements. Moreover, he spent significantly less time in jail than Seneca, 46 days, compared to 204 days for Seneca. Tari testified that he experienced no problems while he was incarcerated at the Cook County Jail. Tari said that he passed the time by going to the lunchroom, the recreational area to play chess with the inmates in that unit or to watch television; that he would go to a facility where he could work out; that he would go out into the yard and walk the track; and that sometimes he would stay in his room and sleep or do pushups to keep his mind off of his situation. There is no evidence, as his counsel suggested in closing argument, that he was "locked in a cage" with "animals," murderers, rapists, and violent criminals.

Additionally, there was no evidence of medical expenses, lost wages, or other economic damages suffered as a result of the City's wrongful conduct. Tari had no long-term physical injuries. He never sought any follow-up medical treatment, psychiatric assistance, or other counseling following these incidents. There was no expert testimony presented at trial of Tari's physical injuries or of the extent of his emotional injuries. While Sicara testified that Tari's personality changed insofar as he is not as trusting or "free-hearted," there was no evidence of

changed personal and work habits, a decrease in self-confidence, fear of being in public, or impaired personal relationships. To the contrary, Tari testified that he loves his job as a dock worker at FedEx freight and is able to provide for his family—his daughter, son, and girlfriend. Tari further testified that he is the only dock worker that pulls or hostels trailers because he is a dependable person. "[O]bviously the slighter the emotional distress, the lower the ceiling on a reasonable award of damages. . . ." Avitia, 49 F.3d at 1229.

Although Sicara testified that these events caused them to move away to another state and counsel so argued that "after this happened to them [Plaintiffs], they had to move to Arizona," this is not the record. Tari said that he moved to Arizona because there were more job opportunities there, and he had friends there, including his older brother. In any event, Tari's decision to move to another state, Arizona, is a remote and unforeseeable consequence of the officers' wrongful conduct. Moreover, Tari cannot recover emotional damages for the sadness, anger or devastation he felt by seeing his brother in custody with worse damage to his face.

Finally, as discussed above, the Court has reviewed the cases cited by the parties and the compensatory damages awards in each case, and finds that Tari's $1,000,000 award is shockingly excessive and amounts to the jury improperly awarding punitive damages against the City. Because the $1,000,000 award is monstrously excessive and not rationally related to the evidence presented, the Court reduces the amount to $350,000.

## III. CONCLUSION

For the foregoing reasons, the City's motion for a remittitur is granted as to Seneca and Tari. Seneca's compensatory damages are hereby remitted to $1,170,000. Tari's compensatory damages are hereby remitted to $350,000.

IT IS SO ORDERED.

ENTER:

_Charles Norgle_

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: August 1, 2014

21

APPEAL,BROWN,PROTO,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:06-cv-04856
## Internal Use Only

| | |
|---|---|
| Adams et al v. City Of Chicago et al | Date Filed: 09/07/2006 |
| Assigned to: Honorable Charles R. Norgle, Sr | Date Terminated: 02/20/2014 |
| Demand: $9,999,000 | Jury Demand: Defendant |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Seneca Adams**                    represented by   **Christopher Rudolf Smith**
                                                     Smith, Johnson & Antholt, LLC
                                                     1 North LaSalle Street
                                                     Suite 3040
                                                     Chicago, IL 60602
                                                     (312) 432-0400
                                                     Fax: (312) 850-2704
                                                     Email: chris@lawsja.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Amanda C Antholt**
                                                     Smith, Johnson & Antholt, LLC
                                                     1 North LaSalle Street
                                                     Suite 3040
                                                     Chicago, IL 60602
                                                     (312) 432-0400
                                                     Fax: (312) 850-2704
                                                     Email: amanda@lawsja.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James M. Baranyk**
                                                     Second City Law, P.C.
                                                     7538 Kostner
                                                     Skokie, IL 60076
                                                     773.517.2904
                                                     Email: james@secondcitylaw.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jared Samuel Kosoglad**
                                                     Jared S. Kosoglad, P.C.
                                                     118 S. Clinton
                                                     Suite 200
                                                     Chicago, IL 60661

(312)513-6000
Email: jared@jaredlaw.com
*TERMINATED: 08/29/2008*

**Jennifer Hartung Marsch**
Smith Johnson, & Antholt
112 S Sangamon St.
Suite 300
Chicago, IL 60607
(312) 432-0400
Email: jennifer@lawsja.com
*TERMINATED: 07/15/2010*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Tari Adams**<br>*and* | represented by | **Christopher Rudolf Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Amanda C Antholt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **James M. Baranyk**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jared Samuel Kosoglad**<br>(See above for address)<br>*TERMINATED: 08/29/2008* |
| | | **Jennifer Hartung Marsch**<br>(See above for address)<br>*TERMINATED: 07/15/2010* |
| **Plaintiff** | | |
| **Sicara Adams** | represented by | **Christopher Rudolf Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Amanda C Antholt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **James M. Baranyk**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jared Samuel Kosoglad** |

(See above for address)
*TERMINATED: 08/29/2008*

**Jennifer Hartung Marsch**
(See above for address)
*TERMINATED: 07/15/2010*

V.

**Defendant**

**City Of Chicago**       represented by    **Geri Lynn Yanow**
City of Chicago, Department of Law
Individual Defense Litigation
30 North LaSalle Street Suite 900
Chicago, IL 60602
(312) 744-2837
Fax: 312 744 6566
Email: glyanow@cityofchicago.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Penelope Moutoussamy George**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 744-9010
Email: pgeorge@cityofchicago.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence Michael Burns**
Dykema Gossett PLLc
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
Email: tburns@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Matthew Noland**
Dykema Gossett PLLc
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 627-2100
Fax: (312) 627-2302
Email: dnoland@dykema.com
*ATTORNEY TO BE NOTICED*

**Molly E. Thompson**
Dykema Gossett PLLc
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
312-876-1700
Email: methompson@dykema.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Margaret Hopkins**                    represented by  **Joseph Vincent Roddy**
*Star #5545*                                            Law Office of Joseph V. Roddy
                                                        77 West Washington Street
                                                        Suite 1100
                                                        Chicago, IL 60602
                                                        (312) 368-8220
                                                        Email: josephvroddy@yahoo.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**David Norman Selmer**
HAMILTON LAW OFFICE, of
counsel
11 South LaSalle Street
Suite 1000
Chicago, IL 60603
(773) 294-7852
Email: davidselmer@hotmail.com
*TERMINATED: 08/01/2007*

**Edith K. D. Holland**
Law Offices of Joseph V. Roddy
77 W. Washington
Suite 1100
Chicago, IL 60602
312 368 8220
Email: ekdibbin@hotmail.com
*ATTORNEY TO BE NOTICED*

**Geri Lynn Yanow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Clark Green**
Chicago Corporation Counsel
Suite 900
30 North LaSalle St.
Chicago, IL 60602-2580
312-744-0226
Fax: 312-744-6566

Email:
jonathangreen@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Thomas Jon Aumann**
City of Chicago
30 North LaSalle St., Suite 900
Chicago, IL 60602
(312) 744-7630
Fax: (312) 744-6566
Email:
thomas.aumann@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Timothy McKeon**                represented by   **Geri Lynn Yanow**
*Star #7210*                                       (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jonathan Clark Green**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Brandon Ryan Keel**
                                                   Skadden, Arps, Slate, Meagher & Flom
                                                   LLP
                                                   155 N. Wacker Drive
                                                   Suite 31-304
                                                   Chicago, IL 60606
                                                   312.407.0377
                                                   Fax: 312.827.9484
                                                   Email: brandon.keel@skadden.com
                                                   *TERMINATED: 09/09/2010*

                                                   **Colin B White**
                                                   Illinois Attorney General
                                                   100 West Randolph St.
                                                   13th Floor
                                                   Chicago, IL 60601
                                                   (312) 814-6135
                                                   Email: CWhite@atg.state.il.us
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Joel G. Sandoval**
                                                   City of Chicago (30 N LS)
                                                   30 North LaSalle Street
                                                   Chicago, IL 60602
                                                   (312) 742-5146

Fax: (312) 744-6566
Email: joel.sandoval@cityofchicago.org

*TERMINATED: 12/17/2009*

**Joseph Anton Roselius**
DLA Piper US LLP
203 N LaSalle St
Suite 1900
Chicago, IL 60601
(312) 368-7034
Email: joseph.roselius@dlapiper.com
*TERMINATED: 05/25/2010*

**Nicholas Easton Siefert**
City Of Chicago Department Of Law
30 North Lasalle Street
Suite 900
Chicago, IL 60602
(312) 742-9586
Email:
nicholas.siefert@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Thomas Jon Aumann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Yvette Harris**
City of Chicago Law Department
Federal Civil Rights Litigation Division

30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 744-7684
Email: tiffany.harris@cityofchicago.org

*TERMINATED: 12/17/2009*

**Timothy Ryan Farrell**
Ropes & Gray LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
312 845 1209
Email: timothy.farrell@ropesgray.com
*TERMINATED: 09/01/2011*

**Defendant**

**Matthew Riley**           represented by    **Geri Lynn Yanow**
*Star #11197*                                          (See above for address)
                                                           *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Clark Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon Ryan Keel**
(See above for address)
*TERMINATED: 09/09/2010*

**Colin B White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel G. Sandoval**
(See above for address)
*TERMINATED: 12/17/2009*

**Joseph Anton Roselius**
(See above for address)
*TERMINATED: 05/25/2010*

**Nicholas Easton Siefert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Jon Aumann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Yvette Harris**
(See above for address)
*TERMINATED: 12/17/2009*

**Timothy Ryan Farrell**
(See above for address)
*TERMINATED: 09/01/2011*

**Defendant**

**John Dahlberg**          represented by    **Geri Lynn Yanow**
*Star #13708*                                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Clark Green**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon Ryan Keel**
(See above for address)
*TERMINATED: 09/09/2010*

**Colin B White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel G. Sandoval**
(See above for address)
*TERMINATED: 12/17/2009*

**Joseph Anton Roselius**
(See above for address)
*TERMINATED: 05/25/2010*

**Nicholas Easton Siefert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Jon Aumann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Yvette Harris**
(See above for address)
*TERMINATED: 12/17/2009*

**Timothy Ryan Farrell**
(See above for address)
*TERMINATED: 09/01/2011*

**Defendant**

**Jennifer O'Shaugnessy**                    represented by **Geri Lynn Yanow**
*Star # 16499*                                              (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jonathan Clark Green**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Brandon Ryan Keel**
                                                           (See above for address)
                                                           *TERMINATED: 09/09/2010*

**Colin B White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel G. Sandoval**
(See above for address)
*TERMINATED: 12/17/2009*

**Joseph Anton Roselius**
(See above for address)
*TERMINATED: 05/25/2010*

**Nicholas Easton Siefert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Jon Aumann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffany Yvette Harris**
(See above for address)
*TERMINATED: 12/17/2009*

**Timothy Ryan Farrell**
(See above for address)
*TERMINATED: 09/01/2011*

**Defendant**

**Keith Herrera**
*Star #17289*

represented by **Eileen Ellen Rosen**
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60610
(312) 494-1000
Fax: (312) 494-1001
Email: erosen@rockfuscoconnelly.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip John Oliver**
A Law Office of Phillip J. Oliver, P.C.
661 West Lake Street Suite 2 South
Chicago, IL 60661
312.399.0870
Fax: 312.258.1194
Email: oliverpj28@yahoo.com
*TERMINATED: 02/09/2012*
*LEAD ATTORNEY*

**Arlene Esther Martin**

Corporation Counsel's Office
30 North LaSalle Street
Suite 1400
Chicago, IL 60602
(312) 744-6949
Fax: 312.744.6566
Email: amartin@cityofchicago.org
*TERMINATED: 08/01/2007*

**Catherine Macneil Barber**
Rock Fusco & Connelly, Llc
321 N. Clark St.
Suite 2200
Chicago, IL 60654
(312) 494-1000
Email:
cbarber@rockfuscoconnelly.com
*ATTORNEY TO BE NOTICED*

**John Joseph Rock**
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654
(312) 494-1000
Fax: 312-494-1001
Email: jrock@rockfuscoconnelly.com
*ATTORNEY TO BE NOTICED*

**Silvia Mercado Masters**
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60610
(312) 494-1000
Email:
smercado@rockfuscoconnelly.com
*ATTORNEY TO BE NOTICED*

**Stacy Ann Benjamin**
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654
(312) 494-1000
Fax: (312) 494-1001
Email:
sbenjamin@rockfuscoconnelly.com
*ATTORNEY TO BE NOTICED*

|                          |                | **Theresa Berousek Carney** |
|                          |                | Rock Fusco & Connelly, Llc |
|                          |                | 321 N. Clark Street |
|                          |                | Suite 2200 |
|                          |                | Chicago, IL 60654 |
|                          |                | (312) 494-1000 |
|                          |                | Email: |
|                          |                | tberousek@rockfuscoconnelly.com |
|                          |                | *ATTORNEY TO BE NOTICED* |

**Defendant**

**John Hurley**                 represented by      **Geri Lynn Yanow**
*Star # 17516*                                      (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brandon Ryan Keel**
                                                    (See above for address)
                                                    *TERMINATED: 09/09/2010*

                                                    **Colin B White**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joseph Anton Roselius**
                                                    (See above for address)
                                                    *TERMINATED: 05/25/2010*

                                                    **Nicholas Easton Siefert**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Thomas Jon Aumann**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Timothy Ryan Farrell**
                                                    (See above for address)
                                                    *TERMINATED: 09/01/2011*

**Defendant**

**Kevin McDonald**              represented by      **Geri Lynn Yanow**
*Star #17591*                                       (See above for address)
*TERMINATED: 04/01/2010*                            *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jonathan Clark Green**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Joel G. Sandoval**
(See above for address)
*TERMINATED: 12/17/2009*

**Joseph Anton Roselius**
(See above for address)
*TERMINATED: 05/25/2010*

**Tiffany Yvette Harris**
(See above for address)
*TERMINATED: 12/17/2009*

**Defendant**

**Todd Jaros**                    represented by     **Geri Lynn Yanow**
*Star #10428*                                        (See above for address)
*TERMINATED: 04/01/2010*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jonathan Clark Green**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Joel G. Sandoval**
                                                     (See above for address)
                                                     *TERMINATED: 12/17/2009*

                                                     **Joseph Anton Roselius**
                                                     (See above for address)
                                                     *TERMINATED: 05/25/2010*

                                                     **Tiffany Yvette Harris**
                                                     (See above for address)
                                                     *TERMINATED: 12/17/2009*

**Defendant**

**James Foley**                   represented by     **Geri Lynn Yanow**
*Star #10613*                                        (See above for address)
*TERMINATED: 04/01/2010*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jonathan Clark Green**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Joel G. Sandoval**
                                                     (See above for address)
                                                     *TERMINATED: 12/17/2009*

**Joseph Anton Roselius**
(See above for address)
*TERMINATED: 05/25/2010*

**Tiffany Yvette Harris**
(See above for address)
*TERMINATED: 12/17/2009*

**Defendant**

**Sergeant Joseph Keeter**          represented by   **Geri Lynn Yanow**
*Star #2647*                                         (See above for address)
*TERMINATED: 04/01/2010*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jonathan Clark Green**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Joel G. Sandoval**
                                                     (See above for address)
                                                     *TERMINATED: 12/17/2009*

                                                     **Joseph Anton Roselius**
                                                     (See above for address)
                                                     *TERMINATED: 05/25/2010*

                                                     **Tiffany Yvette Harris**
                                                     (See above for address)
                                                     *TERMINATED: 12/17/2009*

**Defendant**

**Kevin Prendkowski**               represented by   **Geri Lynn Yanow**
*Star #5233*                                         (See above for address)
*TERMINATED: 04/01/2010*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jonathan Clark Green**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Joel G. Sandoval**
                                                     (See above for address)
                                                     *TERMINATED: 12/17/2009*

                                                     **Joseph Anton Roselius**
                                                     (See above for address)
                                                     *TERMINATED: 05/25/2010*

**Tiffany Yvette Harris**
(See above for address)
*TERMINATED: 12/17/2009*

**Defendant**

**Partida Estanisla**                        represented by  **Geri Lynn Yanow**
*TERMINATED: 04/01/2010*                                    (See above for address)
                                                            *TERMINATED: 04/01/2010*

                                                            **Joel G. Sandoval**
                                                            (See above for address)
                                                            *TERMINATED: 12/17/2009*

                                                            **Jonathan Clark Green**
                                                            (See above for address)
                                                            *TERMINATED: 04/01/2010*

                                                            **Joseph Anton Roselius**
                                                            (See above for address)
                                                            *TERMINATED: 05/25/2010*

                                                            **Tiffany Yvette Harris**
                                                            (See above for address)
                                                            *TERMINATED: 12/17/2009*

**Defendant**

**Lawrence Winters**                         represented by  **Geri Lynn Yanow**
*TERMINATED: 08/24/2009*                                    (See above for address)
                                                            *TERMINATED: 08/24/2009*

                                                            **Joel G. Sandoval**
                                                            (See above for address)
                                                            *TERMINATED: 08/24/2009*

                                                            **Jonathan Clark Green**
                                                            (See above for address)
                                                            *TERMINATED: 08/24/2009*

                                                            **Tiffany Yvette Harris**
                                                            (See above for address)
                                                            *TERMINATED: 08/24/2009*

**Defendant**

**Unknown Chicago Police Officers**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/07/2006 | 1 | COMPLAINT filed by Seneca Adams, Tari Adams, Sicara Adams; |

| | | Jury Demand.(vmj, ) (Entered: 09/11/2006) |
|---|---|---|
| 09/07/2006 | 2 | CIVIL Cover Sheet (vmj, ) (Entered: 09/11/2006) |
| 09/07/2006 | 3 | ATTORNEY Appearance for Plaintiffs Seneca Adams, Tari Adams, Sicara Adams by Christopher Rudolf Smith (vmj, ) (Entered: 09/11/2006) |
| 09/07/2006 | 4 | ATTORNEY Appearance for Plaintiffs Seneca Adams, Tari Adams, Sicara Adams by Jared Samuel Kosoglad (vmj, ) (Entered: 09/11/2006) |
| 09/07/2006 | 🔒 5 | (Court only) RECEIPT regarding payment of filing fee paid on 9/7/2006 in the amount of $350.00, receipt number 10643414 (vmj, ) (Entered: 09/11/2006) |
| 09/07/2006 | 6 | 15 SUMMONS and 15 copies Issued as to Defendants City Of Chicago, M Hopkins, Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Keith Herrera, Hurley, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters (vmj, ) (Entered: 09/11/2006) |
| 10/17/2006 | 7 | ATTORNEY Appearance for Defendants M Hopkins, Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters by Geri Lynn Yanow (Yanow, Geri Lynn) (Entered: 10/17/2006) |
| 10/17/2006 | 8 | MOTION by Defendants M Hopkins, Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla for extension of time to file answer *or otherwise plead to plaintiffs' complaint* (Yanow, Geri Lynn) (Entered: 10/17/2006) |
| 10/17/2006 | 9 | NOTICE of Motion by Geri Lynn Yanow for presentment of motion for extension of time to file answer, 8 before Honorable Charles R. Norgle Sr. on 10/20/2006 at 10:30 AM. (Yanow, Geri Lynn) (Entered: 10/17/2006) |
| 10/20/2006 | 10 | MINUTE entry before Judge Charles R. Norgle Sr.: Motion for extension of time (until November 17, 2006)in which defendants may answer or otherwise plead to plaintiff's complaint 8 is granted. Telephoned/mailed notice (ewf, ) (Entered: 10/20/2006) |
| 11/03/2006 | 11 | ATTORNEY Appearance for Defendants M Hopkins, Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla by Jonathan Clark Green (Green, Jonathan) (Entered: 11/03/2006) |
| 12/06/2006 | 12 | MOTION by Defendants M Hopkins, Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters for extension of time to file answer (Yanow, Geri Lynn) (Entered: 12/06/2006) |

| | | |
|---|---|---|
| 12/06/2006 | 13 | NOTICE of Motion by Geri Lynn Yanow for presentment of motion for extension of time to file answer, 12 before Honorable Charles R. Norgle Sr. on 12/15/2006 at 10:30 AM. (Yanow, Geri Lynn) (Entered: 12/06/2006) |
| 12/11/2006 | 14 | ATTORNEY Appearance for Defendant City Of Chicago by Penelope Moutoussamy George (George, Penelope) (Entered: 12/11/2006) |
| 12/15/2006 | 15 | MINUTE entry before Judge Charles R. Norgle Sr.: Motion to Further Extend the Time in Which Defendants May Answer or Otherwise plead 12 is granted. Telephoned/mailed notice (ewf, ) (Entered: 12/15/2006) |
| 02/08/2007 | 16 | NOTICE by Jared Samuel Kosoglad of Change of Address (vmj, ) (Entered: 02/12/2007) |
| 02/27/2007 | 17 | *First* AMENDED complaint by Seneca Adams, Tari Adams, Sicara Adams against all defendants (Attachments: # 1 Certificate of Service) (Kosoglad, Jared) (Entered: 02/27/2007) |
| 03/01/2007 | 18 | MINUTE entry before Judge Charles R. Norgle Sr.:Status hearing is set for 3/14/2007 at 09:30 a.m.Mailed notice (ewf, ) (Entered: 03/01/2007) |
| 03/12/2007 | 19 | MOTION by Defendant M Hopkins to withdraw as attorney *with Cert. of Service* (Selmer, David) (Entered: 03/12/2007) |
| 03/12/2007 | 20 | NOTICE of Motion by David Norman Selmer for presentment of motion to withdraw as attorney 19 before Honorable Charles R. Norgle Sr. on 3/16/2007 at 10:30 AM. (Selmer, David) (Entered: 03/12/2007) |
| 03/12/2007 | 21 | MINUTE entry before Judge Charles R. Norgle Sr.:Status hearing is set for 3/28/2007 at 09:30 a.m.Mailed notice (ewf, ) (Entered: 03/12/2007) |
| 03/14/2007 | 22 | ATTORNEY Appearance for Defendant Lawrence Winters by Jonathan Clark Green (Green, Jonathan) (Entered: 03/14/2007) |
| 03/15/2007 | 23 | ATTORNEY Appearance for Defendant M Hopkins by David Norman Selmer (Selmer, David) (Entered: 03/15/2007) |
| 03/19/2007 | 24 | MINUTE entry before Judge Charles R. Norgle Sr.: Defendant Officer Hopkins' Motion for substitution of attorneys 19 is granted. Geri Lynn Yanow and Jonathan Clark Green are granted leave to withdraw. David Selmer is granted leave to substitute his appearance. Mailed (vmj, ) (Entered: 03/21/2007) |
| 03/27/2007 | 25 | MOTION by Defendants Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters to stay *Discovery* (Yanow, Geri Lynn) (Entered: 03/27/2007) |
| 03/27/2007 | 26 | NOTICE of Motion by Geri Lynn Yanow for presentment of motion to stay 25 before Honorable Charles R. Norgle Sr. on 3/30/2007 at 10:30 AM. (Yanow, Geri Lynn) (Entered: 03/27/2007) |
| 03/27/2007 | 27 | MOTION by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams to strike MOTION by Defendants Timothy McKeon, Matthew Riley, J |

| | | |
|---|---|---|
| | | Dahlberg, J O'Shaugnessy, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters to stay *Discovery* 25 (Attachments: # 1 Exhibit No. 1) Officers' Motion For A Stay Of Discovery)(Kosoglad, Jared) (Entered: 03/27/2007) |
| 03/27/2007 | 28 | NOTICE of Motion by Jared Samuel Kosoglad for presentment of motion to strike, motion for relief,, 27 before Honorable Charles R. Norgle Sr. on 3/30/2007 at 10:30 AM. (Kosoglad, Jared) (Entered: 03/27/2007) |
| 03/27/2007 | 29 | MOTION by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams to strike MOTION by Defendants Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters to stay *Discovery* 25 (Attachments: # 1 Exhibit No. 1) Officers' Motion For A Stay Of Discovery)(Kosoglad, Jared) (Entered: 03/27/2007) |
| 03/27/2007 | 30 | *AMENDED* NOTICE of Motion by Jared Samuel Kosoglad for presentment of motion to strike, motion for relief,, 29 before Honorable Charles R. Norgle Sr. on 3/30/2007 at 10:30 AM. (Kosoglad, Jared) (Entered: 03/27/2007) |
| 03/28/2007 | 32 | MINUTE entry before Judge Charles R. Norgle Sr.: Defendants' Motion to stay 25 is granted. See text below. (For further details see text below.) Mailed notice (hp, )Modified on 5/1/2007 (jms, ). (Entered: 04/05/2007) |
| 03/29/2007 | 31 | MINUTE entry before Judge Charles R. Norgle Sr.:Motion to stay 25 is taken under advisement. Motion to strike 29 is denied. Status hearing held on 3/29/2007. Status hearing is continued t 11/7/2007 at 09:30 AM.Mailed notice (ewf, ) Modified on 5/1/2007 (jms, ). (Entered: 03/29/2007) |
| 04/24/2007 | 33 | MOTION by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams for reconsideration (Attachments: # 1 Exhibit Nos. 1-3)(Kosoglad, Jared) (Entered: 04/24/2007) |
| 04/24/2007 | 34 | NOTICE of Motion by Jared Samuel Kosoglad for presentment of motion for reconsideration 33 before Honorable Charles R. Norgle Sr. on 4/27/2007 at 10:30 AM. (Kosoglad, Jared) (Entered: 04/24/2007) |
| 04/26/2007 | 35 | MINUTE entry before Judge Charles R. Norgle Sr.:Defendants' response to Plaintiff's Motion for Reconsideration 33 is due by 5/14/2007.Telephoned/mailed notice (ewf, ) (Entered: 04/26/2007) |
| 05/14/2007 | 36 | RESPONSE by M Hopkins, Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Keith Herrera, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Wintersin Opposition to MOTION by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams for reconsideration 33 (Yanow, Geri Lynn) (Entered: 05/14/2007) |

| | | |
|---|---|---|
| 05/14/2007 | 37 | NOTICE by M Hopkins, Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Keith Herrera, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters re response in opposition to motion, 36 (Yanow, Geri Lynn) (Entered: 05/14/2007) |
| 05/16/2007 | 38 | REPLY by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams to response in opposition to motion, 36 *In Further Support Of Plaintiffs' Motion For Reconsideration* (Kosoglad, Jared) (Entered: 05/16/2007) |
| 06/05/2007 | 39 | ATTORNEY Appearance for Defendant Keith Herrera by Arlene Esther Martin (Martin, Arlene) (Entered: 06/05/2007) |
| 06/27/2007 | 40 | STATUS Report *Joint* by Keith Herrera (Martin, Arlene) (Entered: 06/27/2007) |
| 06/27/2007 | 41 | NOTICE by Keith Herrera re status report 40 (Martin, Arlene) (Entered: 06/27/2007) |
| 07/13/2007 | 42 | EXECUTIVE COMMITTEE ORDER: It is hereby ordered that the above-captioned cases are each referred to Magistrate Judge Michael T. Mason for the limited purpose of conducting initial settlement conferences. The previously designated Magistrate Judges will remain as designated in the above-captioned cases for all other purposes. (See order for details). Signed by Executive Committee on 7/13/07. (air, ) (Entered: 07/17/2007) |
| 07/13/2007 | 🔒 | (Court only) CASE REFERRED to Magistrate Judge Michael T. Mason. (air, ) (Entered: 07/17/2007) |
| 07/18/2007 | 43 | MINUTE entry before Judge Michael T. Mason :This case having been referred for settlement conference, an initial status hearing is set for 8/2/07 at 9:00 a.m. in courtroom 2214 for the purpose of scheduling a settlement conference. However, parties may confer with each other and contact the courtroom deputy, 312/435-6051, to schedule the settlement conference in lieu of attending the status hearing. If the parties do not contact the courtroom deputy by 7/30/07, the 8/2/07 status hearing will proceed. (kef, ) (Entered: 07/18/2007) |
| 07/31/2007 | 44 | MOTION by counsel for Defendants M Hopkins, Keith Herrera to withdraw as attorney *with Cert. of Service* (Selmer, David) (Entered: 07/31/2007) |
| 07/31/2007 | 45 | NOTICE of Motion by David Norman Selmer for presentment of motion to withdraw as attorney 44 before Honorable Charles R. Norgle Sr. on 8/3/2007 at 10:30 AM. (Selmer, David) (Entered: 07/31/2007) |
| 08/01/2007 | 46 | MINUTE entry before Judge Charles R. Norgle Sr.: Motion to Withdraw Appearance of Counsel 44 is granted. Arlene E. Martin, counsel for defendant Keith Herrera and David Selmer, counsel for Margaret Hopkins are granted leave to withdraw as counsel for their respective clients. Mailed notice (hp, ) (Entered: 08/02/2007) |
| 08/02/2007 | 47 | MINUTE entry before Judge Michael T. Mason :Magistrate Judge |

| | | |
|---|---|---|
| | | Status hearing held on 8/2/2007 and continued to 9/6/07 at 9:00 a.m. (kef, ) (Entered: 08/02/2007) |
| 08/30/2007 | 48 | ATTORNEY Appearance for Defendants Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters by Tiffany Yvette Harris (Harris, Tiffany) (Entered: 08/30/2007) |
| 09/06/2007 | 49 | MINUTE entry before Judge Michael T. Mason :Status hearing set for 9/6/07 is stricken and reset to 9/17/2007 at 03:00 PM. (kef, ) (Entered: 09/06/2007) |
| 09/17/2007 | 50 | MINUTE entry before Judge Michael T. Mason :Magistrate Judge Status hearing held on 9/17/2007 and continued to 10/10/07 at 9:00 a.m. (kef, ) (Entered: 09/17/2007) |
| 09/28/2007 | 51 | ATTORNEY Appearance for Defendant Keith Herrera by Phillip John Oliver (Oliver, Phillip) (Entered: 09/28/2007) |
| 10/10/2007 | 52 | MINUTE entry before Judge Michael T. Mason :Status hearing set for 10/10/07 is stricken and reset to 11/14/2007 at 09:00 AM. (kef, ) (Entered: 10/10/2007) |
| 10/16/2007 | 53 | MOTION by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams To Lift Stay *Of Proceedings* (Attachments: # 1 Exhibit No. 1) 3/28/07 Court Order# 2 Exhibit No. 2) Status Report# 3 Exhibit No. 3) City of Chicago Complaint Against Plaintiffs)(Kosoglad, Jared) (Entered: 10/16/2007) |
| 10/16/2007 | 54 | NOTICE of Motion by Jared Samuel Kosoglad for presentment of motion for miscellaneous relief, 53 before Honorable Charles R. Norgle Sr. on 10/19/2007 at 10:30 AM. (Kosoglad, Jared) (Entered: 10/16/2007) |
| 10/19/2007 | 55 | MINUTE entry before Judge Charles R. Norgle Sr.:Court has reviewed the status report. Plaintiffs' Motion to Lift Stay 53 is denied.Telephoned/mailed notice (ewf, ) (Entered: 10/19/2007) |
| 10/31/2007 | 56 | MINUTE entry before Judge Michael T. Mason :Status hearing set for 11/14/07 is stricken and reset to 11/28/2007 at 09:00 AM. However, parties may contact the courtroom deputy, 312/435-6051, to schedule the settlement conference in lieu of attending the status hearing. (kef, ) (Entered: 10/31/2007) |
| 11/07/2007 | 57 | ATTORNEY Appearance for Defendant City Of Chicago by Terrence Michael Burns (Burns, Terrence) (Entered: 11/07/2007) |
| 11/07/2007 | 58 | ATTORNEY Appearance for Defendant City Of Chicago by Daniel Matthew Noland (Noland, Daniel) (Entered: 11/07/2007) |
| 11/07/2007 | 59 | MINUTE entry before Judge Charles R. Norgle Sr.:Status hearing held on 11/7/2007. Status hearing is continued to 2/1/2008 at 9:30 a.m. Mailed notice (ewf, ) (Entered: 11/09/2007) |
| | | |

| | | |
|---|---|---|
| 11/19/2007 | 60 | ATTORNEY Appearance for Defendant M Hopkins by Joseph Vincent Roddy (Roddy, Joseph) (Entered: 11/19/2007) |
| 11/28/2007 | 61 | MINUTE entry before Judge Michael T. Mason :Magistrate Judge Status hearing held on 11/28/2007 and continued to 12/18/07 at 9:00 a.m. (kef, ) (Entered: 11/28/2007) |
| 11/30/2007 | 62 | ATTORNEY Appearance for Defendant City Of Chicago by Molly E. Thompson (Thompson, Molly) (Entered: 11/30/2007) |
| 12/03/2007 | 63 | ATTORNEY Appearance for Defendants Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters by Joel G. Sandoval (Sandoval, Joel) (Entered: 12/03/2007) |
| 12/17/2007 | 64 | MINUTE entry before Judge Michael T. Mason :Status hearing set for 12/18/07 is stricken. Settlement Conference set for 1/29/2008 at 01:30 PM. Parties are to strictly abide by this Court's Standing Order for Settlement Conference. Plaintiffs' counsel to submit copies of both plaintiffs' settlement demand letter and defendants' response letter to chambers, room 2206, by 1/24/08. (kef, ) (Entered: 12/17/2007) |
| 01/29/2008 | 65 | MINUTE entry before Judge Michael T. Mason :Settlement conference held on 1/29/2008. Parties were unable to reach an agreement to settle the case at this time. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Judge Michael T. Mason no longer referred to the case. (kef, ) (Entered: 01/29/2008) |
| 02/01/2008 | 66 | MINUTE entry before Judge Charles R. Norgle Sr.:Status hearing held on 2/1/2008. Status hearing is continued to 6/13/2008 at 9:30 a.m. Mailed notice (ewf, ) (Entered: 02/04/2008) |
| 02/14/2008 | 67 | MINUTE entry before Judge Charles R. Norgle Sr.: For case control purposes, the record should reflect that plaintiffs' motion to strike 27 is denied in light of this court's ruling on 3/29/2007 31 . The court has considered the pleadings regarding plaintiffs' motion for reconsideration. Plaintiffs' motion for reconsideration 33 is denied. (vmj, ) (Entered: 02/20/2008) |
| 02/28/2008 | 68 | MOTION by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams Preservation of Evidence (Kosoglad, Jared) (Entered: 02/28/2008) |
| 02/28/2008 | 69 | NOTICE of Motion by Jared Samuel Kosoglad for presentment of motion for miscellaneous relief 68 before Honorable Charles R. Norgle Sr. on 2/7/2008 at 10:30 AM. (Kosoglad, Jared) (Entered: 02/28/2008) |
| 02/28/2008 | 70 | *AMENDED* NOTICE of Motion by Jared Samuel Kosoglad for presentment of motion for miscellaneous relief 68 before Honorable Charles R. Norgle Sr. on 3/7/2008 at 10:30 AM. (Kosoglad, Jared) (Entered: 02/28/2008) |
| 03/07/2008 | 71 | MINUTE entry before Judge Charles R. Norgle Sr.:Motion for |

| | | |
|---|---|---|
| | | Preservation of Evidence 68 is granted. Motion hearing held on 3/7/2008. Mailed notice (ewf, ) (Entered: 03/10/2008) |
| 04/07/2008 | 72 | MOTION by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams Lift Stay (Kosoglad, Jared) (Entered: 04/07/2008) |
| 04/07/2008 | 73 | EXHIBIT by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams regarding MOTION by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams Lift Stay 72 (Kosoglad, Jared) (Entered: 04/07/2008) |
| 04/07/2008 | 74 | NOTICE of Motion by Jared Samuel Kosoglad for presentment of motion for miscellaneous relief 72 before Honorable Charles R. Norgle Sr. on 4/11/2008 at 10:30 AM. (Kosoglad, Jared) (Entered: 04/07/2008) |
| 04/08/2008 | 75 | ATTORNEY Appearance for Defendant Hurley by Geri Lynn Yanow (Yanow, Geri Lynn) (Entered: 04/08/2008) |
| 04/08/2008 | 76 | RESPONSE by Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Hurley, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Wintersin Opposition to MOTION by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams Lift Stay 72 (Yanow, Geri Lynn) (Entered: 04/08/2008) |
| 04/11/2008 | 77 | MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Plaintiffs' Motion to Lift Stay 72 is denied. Motion hearing held on 4/11/2008. Mailed notice (ewf, ) (Entered: 04/11/2008) |
| 06/13/2008 | 78 | MINUTE entry before the Honorable Charles R. Norgle, Sr:Status hearing held on 6/13/2008. Defendants shall file a Written Status Report on the status of criminal proceedings within 28 days and file subsequent reports in 60 day intervals. thereafter. Status hearing is continued to 8/22/2008 at 9:30 a.m. Mailed notice (ewf, ) (Entered: 06/16/2008) |
| 06/30/2008 | 79 | STATUS Report *Regarding Status of the Criminal Cases* by M Hopkins (Roddy, Joseph) (Entered: 06/30/2008) |
| 06/30/2008 | 80 | NOTICE by M Hopkins re status report 79 *Regarding Status of the Criminal Cases* (Roddy, Joseph) (Entered: 06/30/2008) |
| 08/18/2008 | 81 | MOTION by counsel for Plaintiffs Seneca Adams, Tari Adams, Sicara Adams to withdraw as attorney (Kosoglad, Jared) (Entered: 08/18/2008) |
| 08/18/2008 | 82 | NOTICE of Motion by Jared Samuel Kosoglad for presentment of motion to withdraw as attorney 81 before Honorable Charles R. Norgle Sr. on 8/29/2008 at 10:30 AM. (Kosoglad, Jared) (Entered: 08/18/2008) |
| 08/22/2008 | 83 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing held on 8/22/2008. Status hearing is continued to 9/26/2008 at 9:30 a.m. Mailed notice (ewf, ) (Entered: 08/22/2008) |
| 08/29/2008 | 84 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion to |

| | | |
|---|---|---|
| | | Withdraw 81 is granted. Telephoned/mailed notice (ewf, ) (Entered: 08/29/2008) |
| 08/29/2008 | 85 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Jared S. Kosolglad is granted leave to withdraw his appearance as attorney of record in this matter. Mailed notice (hp, ) (Entered: 09/02/2008) |
| 09/11/2008 | 86 | STATUS Report *Regarding the Status of the Criminal Case* by M Hopkins (Roddy, Joseph) (Entered: 09/11/2008) |
| 09/11/2008 | 87 | NOTICE by M Hopkins re status report 86 (Roddy, Joseph) (Entered: 09/11/2008) |
| 09/23/2008 | 88 | STATUS Report *regarding criminal proceedings* by City Of Chicago (Thompson, Molly) (Entered: 09/23/2008) |
| 09/26/2008 | 89 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing held on 9/26/2008. Status hearing is continued to 11/21/2008 at 9:30 a.m. Mailed notice (ewf, ) (Entered: 09/29/2008) |
| 10/14/2008 | 90 | Notification of Change of Attorney Address or Name by Seneca Adams, Tari Adams, Sicara Adams (Smith, Christopher) (Entered: 10/14/2008) |
| 10/15/2008 | 91 | ATTORNEY Appearance for Plaintiffs Seneca Adams, Tari Adams, Sicara Adams by Amanda C Antholt (Antholt, Amanda) (Entered: 10/15/2008) |
| 11/20/2008 | 92 | ATTORNEY Appearance for Plaintiff Seneca Adams by Amanda C Antholt (Antholt, Amanda) (Entered: 11/20/2008) |
| 11/21/2008 | 93 | STATUS Report *Regarding Status of the Criminal Case* by M Hopkins (Roddy, Joseph) (Entered: 11/21/2008) |
| 11/21/2008 | 94 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing held on 11/21/2008. Oral Motion to lift stay is denied. Status hearing is continued to 2/27/2009 at 9:30 a.m. Mailed notice (ewf, ) (Entered: 11/24/2008) |
| 02/27/2009 | 95 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing held on 2/27/2009. Plaintiffs' oral motion to lift stay is denied. Status hearing continued to 5/8/2009 at 10:30 a.m.Mailed notice (ewf, ) (Entered: 03/02/2009) |
| 05/08/2009 | 96 | MINUTE entry before the Honorable Charles R. Norgle, Sr:Status hearing held on 5/8/2009. Plaintiffs' is given until 5/22/2009 to file their motion to lift stay; defendants' response is due on or before 5/29/2009; and plaintiffs' reply is due on or before 6/5/2009. Status hearing is continued to 6/5/2009 at 10:30 a.m. Mailed notice (ewf, ) (Entered: 05/08/2009) |
| 05/19/2009 | 97 | MOTION by counsel for Defendant M Hopkins to withdraw as attorney *of record, David Selmer* (Thedford, D'Anthony) (Entered: 05/19/2009) |
| 05/19/2009 | 98 | *David Selmer's* NOTICE of Motion by D'Anthony V. Thedford for |

| | | presentment of motion to withdraw as attorney 97 before Honorable Charles R. Norgle Sr. on 5/26/2009 at 10:30 AM. (Thedford, D'Anthony) (Entered: 05/19/2009) |
|---|---|---|
| 05/20/2009 | 99 | ATTORNEY Appearance for Plaintiffs Seneca Adams, Tari Adams, Sicara Adams by James M. Baranyk (Baranyk, James) (Entered: 05/20/2009) |
| 05/20/2009 | 100 | MOTION by Plaintiffs Seneca Adams, Tari Adams, Sicara Adams Lift Stay (Baranyk, James) (Entered: 05/20/2009) |
| 05/21/2009 | 101 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Agreed Motion to Withdraw Appearance of Counsel 97 is granted. Mailed notice (hp, ) (Entered: 05/27/2009) |
| 05/29/2009 | 102 | RESPONSE by Defendants City Of Chicago, M Hopkins, Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters to motion for miscellaneous relief 100 *(JOINT)* (Attachments: # 1 Exhibit 1) (Thompson, Molly) (Entered: 05/29/2009) |
| 06/01/2009 | 103 | ATTORNEY Appearance for Defendant M Hopkins by Edith Kathleen Dibbin (Dibbin, Edith) (Entered: 06/01/2009) |
| 06/01/2009 | 104 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion by Plaintiffs to lift stay 100 is granted. (For further details see minute order.) Mailed notice (hp, ) (Entered: 06/02/2009) |
| 06/04/2009 | 105 | MINUTE entry before the Honorable Charles R. Norgle, Sr:Status hearing set for June 5, 2009 is stricken. Mailed notice (ewf, ) (Entered: 06/04/2009) |
| 06/28/2009 | 106 | REPORT of Rule 26(f) Planning Meeting (Baranyk, James) (Entered: 06/28/2009) |
| 08/06/2009 | 107 | MOTION by Defendants City Of Chicago, Timothy McKeon, Matthew Riley, J Dahlberg, J O'Shaugnessy, Hurley, Kevin McDonald, Todd Jaros, James Foley, Joseph Keeter, Kevin Prendkowski, Partida Estanisla, Lawrence Winters for protective order - *JOINT MOTION* (Attachments: # 1 Text of Proposed Order Protective Order, # 2 Text of Proposed Order Supplemental "Attorney Eyes Only" Protective Order) (Green, Jonathan) (Entered: 08/06/2009) |
| 08/06/2009 | 108 | *JOINT MOTION* - NOTICE of Motion by Jonathan Clark Green for presentment of motion for protective order, 107 before Honorable Charles R. Norgle Sr. on 8/14/2009 at 10:30 AM. (Green, Jonathan) (Entered: 08/06/2009) |
| 08/13/2009 | 109 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Defendants' Joint Motion for Entry of Protective Orders 107 is granted. Counsel are not required to appear in court on Friday, August 14, 2009. Telephoned/mailed notice (ewf, ) (Entered: 08/13/2009) |
| | | |

| 08/24/2009 | 110 | STATEMENT Noting Death as to defendant Chicago Police Sergeant Lawrence Winters by Defendants; Notice of filing (Yanow, Geri Lynn) (Text Modified by Clerk's Office on 8/25/2009) (hp, ). (Entered: 08/24/2009) |
|---|---|---|
| 09/15/2009 | 112 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing set for October 30, 2009 at 9:30 a.m. Mailed notice (hp, ) (Entered: 09/16/2009) |
| 09/16/2009 | 111 | ATTORNEY Appearance for Plaintiffs Seneca Adams, Tari Adams, Sicara Adams by Jennifer Hartung Marsch (Marsch, Jennifer) (Entered: 09/16/2009) |
| 10/02/2009 | 113 | NOTICE by Edith Kathleen Dibbin of Change of Address *Change of Attorney Name* (Dibbin, Edith) (Entered: 10/02/2009) |
| 10/30/2009 | 114 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing held on 10/30/2009. Status hearing is continued to 1/22/2010 at 09:30 a.m. Mailed notice (ewf, ) (Entered: 11/02/2009) |
| 12/15/2009 | 115 | MOTION by Defendants J Dahlberg, Partida Estanisla, James Foley, Hurley, Todd Jaros, Joseph Keeter, Kevin McDonald, Timothy McKeon, J O'Shaugnessy, Kevin Prendkowski, Matthew Riley, Lawrence Winters to substitute attorney (Roselius, Joseph) (Entered: 12/15/2009) |
| 12/15/2009 | 116 | NOTICE of Motion by Joseph Anton Roselius for presentment of motion to substitute attorney 115 before Honorable Charles R. Norgle Sr. on 12/18/2009 at 10:30 AM. (Roselius, Joseph) (Entered: 12/15/2009) |
| 12/17/2009 | 117 | MINUTE entry before Honorable Charles R. Norgle, Sr: Defendant Officers' Motion to Withdraw and File Appearance of Substitute Counsel 115 is granted. Parties are not required to appear in court on Friday, December 18, 2009. Mailed notice (ewf, ) (Entered: 12/17/2009) |
| 12/17/2009 | 118 | ATTORNEY Appearance for Defendants J Dahlberg, Partida Estanisla, James Foley, Hurley, Todd Jaros, Joseph Keeter, Kevin McDonald, Timothy McKeon, J O'Shaugnessy, Kevin Prendkowski, Matthew Riley by Joseph Anton Roselius (Roselius, Joseph) (Entered: 12/17/2009) |
| 12/17/2009 | 119 | MINUTE entry before Honorable Charles R. Norgle, Sr: Joel Sandoval and Tiffany Harris are granted leave to withdraw from their representation of Defendants. Joseph Roselius is granted leave to file an appearance as addition counsel of record for Defendants. Mailed notice (hp, ) (Entered: 12/18/2009) |
| 01/22/2010 | 120 | MINUTE entry before Honorable Charles R. Norgle, Sr: Status hearing held on 1/22/2010. Counsel to submit amended schedule or plan within 14 days. Mailed notice (ewf, ) (Entered: 01/25/2010) |
| 02/05/2010 | 121 | MOTION by Defendants City Of Chicago, J Dahlberg, Partida |

|  |  | Estanisla, James Foley, M Hopkins, Todd Jaros, Joseph Keeter, Kevin McDonald, Timothy McKeon, J O'Shaugnessy, Kevin Prendkowski, Matthew Riley, Lawrence Winters for order *Defendants' Motion for Entry of Proposed Discovery Scheduling Order* (Attachments: # 1 Exhibit 1)(Thompson, Molly) (Entered: 02/05/2010) |
|---|---|---|
| 02/05/2010 | 122 | NOTICE of Motion by Molly E. Thompson for presentment of motion for order, 121 before Honorable Charles R. Norgle Sr. on 2/12/2010 at 10:30 AM. (Thompson, Molly) (Entered: 02/05/2010) |
| 02/11/2010 | 123 | MINUTE entry before Honorable Charles R. Norgle, Sr: Defendants' Motion for Entry of Proposed Discovery Scheduling Order 121 is granted. The parties are not required to appear in court on February 12, 2010. Mailed notice (ewf, ) (Entered: 02/11/2010) |
| 03/29/2010 | 124 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for leave to amend the complaint (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 03/29/2010) |
| 03/29/2010 | 125 | NOTICE of Motion by Amanda C Antholt for presentment of motion for leave to amend the complaint 124 before Honorable Charles R. Norgle Sr. on 4/2/2010 at 10:30 AM. (Antholt, Amanda) (Text Modified by Clerk's Office on 3/30/2010). (hp, ). (Entered: 03/29/2010) |
| 04/01/2010 | 126 | MINUTE entry before Honorable Charles R. Norgle, Sr: Plaintiff's Motion for Leave to Amend the Complaint 124 is granted. The parties are not required to appear in court on Friday, April 2, 2010. Mailed notice (ewf, ) (Entered: 04/01/2010) |
| 04/01/2010 | 127 | SECOND AMENDED complaint by Seneca Adams, Sicara Adams, Tari Adams against City Of Chicago, John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley, Unknown Chicago Police Officers (vmj, ) (Entered: 04/02/2010) |
| 05/21/2010 | 128 | MOTION by counsel for Defendants John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to withdraw as attorney (Roselius, Joseph) (Entered: 05/21/2010) |
| 05/21/2010 | 129 | NOTICE of Motion by Joseph Anton Roselius for presentment of motion to withdraw as attorney 128 before Honorable Charles R. Norgle Sr. on 5/28/2010 at 10:30 AM. (Roselius, Joseph) (Entered: 05/21/2010) |
| 05/25/2010 | 130 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to Withdraw as Counsel for Defendants 128 is granted. The parties are not required to appear in court on Friday, May 28, 2010. Mailed notice (ewf, ) (Entered: 05/25/2010) |
| 05/25/2010 | 131 | MINUTE entry before Honorable Charles R. Norgle, Sr: Joseph Anton Roselius is granted leave to withdraw his appearance. Mailed notice (hp, ) (Entered: 05/26/2010) |
| 06/14/2010 | 132 | ATTORNEY Appearance for Defendants John Dahlberg, John Hurley, |

| | | |
|---|---|---|
| | | Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley by Brandon Ryan Keel (Keel, Brandon) (Entered: 06/14/2010) |
| 07/02/2010 | 133 | ATTORNEY Appearance for Defendants John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley by Thomas Jon Aumann (Aumann, Thomas) (Entered: 07/02/2010) |
| 07/07/2010 | 134 | MOTION by Defendants John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to take deposition of Eugene Davis (Yanow, Geri Lynn) (Entered: 07/07/2010) |
| 07/07/2010 | 135 | NOTICE of Motion by Geri Lynn Yanow for presentment of motion to take deposition 134 before Honorable Charles R. Norgle Sr. on 7/16/2010 at 10:30 AM. (Yanow, Geri Lynn) (Entered: 07/07/2010) |
| 07/09/2010 | 136 | MOTION by counsel for Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to withdraw as attorney (Marsch, Jennifer) (Entered: 07/09/2010) |
| 07/09/2010 | 137 | NOTICE of Motion by Jennifer Hartung Marsch for presentment of motion to withdraw as attorney 136 before Honorable Charles R. Norgle Sr. on 7/16/2010 at 10:30 AM. (Marsch, Jennifer) (Entered: 07/09/2010) |
| 07/15/2010 | 138 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to Depose and Incarcerated Person 134 is granted. Defendants are granted leave to depose Eugene Davis who is currently incarcerated at Cook County Jail. Motion to withdraw as attorney 136 is granted. The parties are not required to appear in court on Friday, July 16, 2010. Mailed notice (ewf, ) (Entered: 07/15/2010) |
| 07/15/2010 | 139 | MINUTE entry before Honorable Charles R. Norgle, Sr: Jennifer Hartung Marsch is granted leave to withdraw her appearance. Mailed notice (hp, ) (Entered: 07/16/2010) |
| 09/01/2010 | 140 | MOTION by counsel for Defendants John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to withdraw as attorney (Keel, Brandon) (Entered: 09/01/2010) |
| 09/01/2010 | 141 | NOTICE of Motion by Brandon Ryan Keel for presentment of motion to withdraw as attorney 140 before Honorable Charles R. Norgle Sr. on 9/10/2010 at 10:30 AM. (Keel, Brandon) (Entered: 09/01/2010) |
| 09/09/2010 | 142 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to withdraw as counsel 140 is granted. The parties need not appear before the court on Friday, September 10, 2010. Mailed notice (ewf, ) (Entered: 09/09/2010) |
| 09/13/2010 | 143 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel (Baranyk, James) (Entered: 09/13/2010) |
| 09/13/2010 | 144 | NOTICE of Motion by James M. Baranyk for presentment of motion to compel 143 before Honorable Charles R. Norgle Sr. on 9/17/2010 at 10:30 AM. (Baranyk, James) (Entered: 09/13/2010) |

| 09/15/2010 | 145 | RESPONSE by John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel 143 (Yanow, Geri Lynn) (Entered: 09/15/2010) |
|---|---|---|
| 09/17/2010 | 146 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to Compel Certain Depositions 143 is granted. Motion hearing held on 9/17/2010. Depositions to be taken by October 15, 2010. Status hearing is set for 10/1/2010 at 10:30 a.m. Mailed notice (ewf, ) (Entered: 09/20/2010) |
| 09/29/2010 | 147 | MOTION by Defendants City Of Chicago, John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley for extension of time to complete discovery (Attachments: # 1 Exhibit 1 and 2)(Thompson, Molly) (Entered: 09/29/2010) |
| 09/29/2010 | 148 | NOTICE of Motion by Molly E. Thompson for presentment of motion for extension of time to complete discovery 147 before Honorable Charles R. Norgle Sr. on 10/1/2010 at 10:30 AM. (Thompson, Molly) (Entered: 09/29/2010) |
| 10/01/2010 | 149 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion for extension of time to complete discovery 147 is granted over objection. Motion and status hearing held on 10/1/2010. Mailed notice (ewf, ) (Entered: 10/04/2010) |
| 12/14/2010 | 150 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *Defendant City to Respond to Discovery Regarding The City's Broken Disciplinary and Supervisory Systems* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Antholt, Amanda) (Entered: 12/14/2010) |
| 12/14/2010 | 151 | NOTICE of Motion by Amanda C Antholt for presentment of motion to compel, 150 before Honorable Charles R. Norgle Sr. on 12/17/2010 at 10:30 AM. (Antholt, Amanda) (Entered: 12/14/2010) |
| 12/15/2010 | 152 | ATTORNEY Appearance for Defendants John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley by Timothy Ryan Farrell (Farrell, Timothy) (Entered: 12/15/2010) |
| 12/16/2010 | 153 | MINUTE entry before Honorable Charles R. Norgle, Sr: Defendants' Response to Plaintiffs' Motion to Compel 150 is due on or before 1/7/2011. Plaintiffs' Reply is due on or before 1/21/2011. The parties are not required to appear before the court on December 17, 2010. Mailed notice (ewf, ) (Entered: 12/16/2010) |
| 01/07/2011 | 154 | MOTION by Defendant City Of Chicago for extension of time *UNOPPOSED* (Thompson, Molly) (Entered: 01/07/2011) |
| 01/07/2011 | 155 | *UNOPPOSED* NOTICE of Motion by Molly E. Thompson for presentment of extension of time 154 before Honorable Charles R. Norgle Sr. on 1/14/2011 at 10:30 AM. (Thompson, Molly) (Entered: 01/07/2011) |

| | | |
|---|---|---|
| 01/13/2011 | 156 | MINUTE entry before Honorable Charles R. Norgle, Sr: Defendants' Unopposed Motion for Extension of Time 154 is granted to and until January 14, 2011. The parties are not require to appear before the court on January 14, 2011. Mailed notice (ewf, ) (Entered: 01/13/2011) |
| 01/14/2011 | 157 | RESPONSE by City Of Chicago to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *Defendant City to Respond to Discovery Regarding The City's Broken Disciplinary and Supervisory Systems* 150 (Attachments: # 1 Exhibit 1 and 2, # 2 Exhibit 5)(Thompson, Molly) (Entered: 01/14/2011) |
| 01/18/2011 | 158 | SEALED RESPONSE by City Of Chicago to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *Defendant City to Respond to Discovery Regarding The City's Broken Disciplinary and Supervisory Systems* 150 , response to motion, 157 (Attachments: # 1 Exhibit 1 and 2, # 2 Exhibit 3 and 4, # 3 Exhibit 5)(Thompson, Molly) (Entered: 01/18/2011) |
| 01/18/2011 | 159 | SEALED EXHIBIT by Defendant City Of Chicago *EXHIBITS 3 and 4* regarding sealed response, 158 (Thompson, Molly) (Entered: 01/18/2011) |
| 01/25/2011 | 160 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for extension of time *to file reply in support of*, MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for extension of time to file response/reply as to motion to compel, 150 *UNOPPOSED* (Antholt, Amanda) (Entered: 01/25/2011) |
| 01/25/2011 | 161 | NOTICE of Motion by Amanda C Antholt for presentment of extension of time, motion for extension of time to file response/reply, motion for relief,,, 160 before Honorable Charles R. Norgle Sr. on 1/28/2011 at 10:30 AM. (Antholt, Amanda) (Entered: 01/25/2011) |
| 01/25/2011 | 162 | MINUTE entry before Honorable Geraldine Soat Brown: The referral of this matter having been assigned to Magistrate Judge Geraldine Soat Brown, an initial status hearing is hereby set before Magistrate Judge Brown on 2/3/11 at 9:00 a.m. in Courtroom 1003. The parties shall deliver a copy of an initial status report providing the information required by Judge Brown's Order Setting Initial Status Report to the Courtroom Deputy (Room 1808) three business days beforethe initial status hearing. See www.ilnd.uscourts.gov/JUDGE BROWN. Mailed notice (hp, ) (Entered: 01/26/2011) |
| 01/25/2011 | 163 | EXECUTIVE COMMITTEE ORDER:Case referred to the Honorable Geraldine Soat Brown. (See order for detail). Signed by Executive Committee on 1/25/2011. (hp, ) (Entered: 01/26/2011) |
| 01/27/2011 | 164 | MINUTE entry before Honorable Charles R. Norgle, Sr:Plaintiffs' Unopposed Motion for an Extension of Time to Reply 160 is granted. Plaintiffs' Reply is due on or before 2/4/2011. The parties are not required to appear before the court on Friday, January 28, 2011. Mailed notice (ewf, ) (Entered: 01/27/2011) |

| | | |
|---|---|---|
| 01/31/2011 | 165 | STATUS Report by Seneca Adams (Antholt, Amanda) (Entered: 01/31/2011) |
| 02/03/2011 | 166 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held. Off the record settlement conference held. Plaintiffs' motion to compel 150 is entered and continued to 2/17/11 at 2:00 p.m.Notice mailed by judge's staff (ntf, ) (Entered: 02/03/2011) |
| 02/04/2011 | 167 | MOTION by Plaintiff Seneca Adams for leave to file *oversized reply brief (Unopposed)* (Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C-F (under seal), # 5 Exhibit G, # 6 Exhibit H) (Antholt, Amanda) (Entered: 02/04/2011) |
| 02/04/2011 | 168 | NOTICE of Motion by Amanda C Antholt for presentment of motion for leave to file 167 before Honorable Geraldine Soat Brown on 2/9/2011 at 09:45 AM. (Antholt, Amanda) (Entered: 02/04/2011) |
| 02/08/2011 | 169 | MINUTE entry before Honorable Geraldine Soat Brown: Plaintiffs' unopposed motion for leave to file oversized brief 167 is granted. Hearing on motion previously set for 2/17/11 is stricken and reset to 3/15/11 at 11:00 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 02/08/2011) |
| 02/08/2011 | 170 | REPLY by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to motion to compel, 150 *In Support Thereof* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C-F UNDER SEAL, # 4 Exhibit G, # 5 Exhibit H)(Antholt, Amanda) (Entered: 02/08/2011) |
| 03/09/2011 | 171 | WRITTEN Opinion entered by the Honorable Geraldine Soat Brown: For the reasons set out below, Plaintiffs' Motion to Compel Defendant City to Respond to Discovery Regarding the City's Broken Disciplinary and Supervisory Systems 150 is denied as premature. Motion hearing date of 3/15/11 is stricken. Status hearing set for 3/24/11 at 9:30 a.m. [For further details see minute order.] Notice mailed by judge's staff (ntf, ) (Entered: 03/09/2011) |
| 03/11/2011 | 172 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for leave to file *The Third Amended Complaint* (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 03/11/2011) |
| 03/11/2011 | 173 | NOTICE of Motion by Amanda C Antholt for presentment of motion for leave to file 172 before Honorable Charles R. Norgle Sr. on 3/18/2011 at 10:30 AM. (Antholt, Amanda) (Entered: 03/11/2011) |
| 03/16/2011 | 174 | MINUTE entry before Honorable Charles R. Norgle, Sr: Plaintiffs' Unopposed Motion for Leave to File 3rd Amended Complaint 172 is granted. The parties are not required to appear before the court on Friday, March 18, 2011. Mailed notice (ewf, ) (Entered: 03/16/2011) |
| 03/17/2011 | 175 | *Third* AMENDED complaint by Seneca Adams, Sicara Adams, Tari Adams against All Defendants (Antholt, Amanda) (Entered: 03/17/2011) |
| 03/24/2011 | 176 | MINUTE entrybefore Honorable Geraldine Soat Brown: Status hearing |

| | | held and continued to 4/8/2011 at 09:45 AM. Notice mailed by judge's staff (ntf, ) (Entered: 03/24/2011) |
|---|---|---|
| 03/24/2011 | 177 | MINUTE entry before Honorable Geraldine Soat Brown: The minute order dated 3/24/11 is amended as follows: Status hearing held and continued to 4/28/11 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 03/24/2011) |
| 03/31/2011 | 178 | ANSWER to amended complaint by John Dahlberg, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley(Farrell, Timothy) (Entered: 03/31/2011) |
| 03/31/2011 | 179 | MOTION by Defendant John Hurley for extension of time to file answer regarding amended complaint 175 *(Agreed)* (Farrell, Timothy) (Entered: 03/31/2011) |
| 03/31/2011 | 180 | *(Agreed)* NOTICE of Motion by Timothy Ryan Farrell for presentment of motion for extension of time to file answer, motion for relief 179 before Honorable Charles R. Norgle Sr. on 4/8/2011 at 10:30 AM. (Farrell, Timothy) (Entered: 03/31/2011) |
| 03/31/2011 | 181 | MOTION by Defendant City Of Chicago to dismiss *counts I through VII and certain paragraphs of plaintiffs' third amended complaint* (Thompson, Molly) (Entered: 03/31/2011) |
| 03/31/2011 | 182 | NOTICE of Motion by Molly E. Thompson for presentment of motion to dismiss 181 before Honorable Charles R. Norgle Sr. on 4/8/2011 at 10:30 AM. (Thompson, Molly) (Entered: 03/31/2011) |
| 04/04/2011 | 183 | ANSWER to amended complaint by Margaret Hopkins(Roddy, Joseph) (Entered: 04/04/2011) |
| 04/05/2011 | 184 | MOTION by Defendant City Of Chicago to compel *Documents and Testimony Pursuant to Subpoena to Attorney Robert F. Nemzin* (Attachments: # 1 Exhibit 1-3)(Thompson, Molly) (Entered: 04/05/2011) |
| 04/05/2011 | 185 | NOTICE of Motion by Molly E. Thompson for presentment of motion to compel 184 before Honorable Charles R. Norgle Sr. on 4/8/2011 at 10:30 AM. (Thompson, Molly) (Entered: 04/05/2011) |
| 04/05/2011 | 186 | *RE-* NOTICE of Motion by Molly E. Thompson for presentment of motion to compel 184 before Honorable Geraldine Soat Brown on 4/8/2011 at 09:45 AM. (Thompson, Molly) (Entered: 04/05/2011) |
| 04/05/2011 | 187 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *Defendant City to Respond to Discovery Regarding The City's Broken Disciplinary and Supervisory Systems, SECOND* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G UNDER SEAL, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K UNDER SEAL, # 12 Exhibit L)(Antholt, Amanda) (Entered: 04/05/2011) |
| 04/05/2011 | 188 | NOTICE of Motion by Amanda C Antholt for presentment of motion to |

| | | |
|---|---|---|
| | | compel, 187 before Honorable Geraldine Soat Brown on 4/13/2011 at 09:45 AM. (Antholt, Amanda) (Entered: 04/05/2011) |
| 04/05/2011 | 189 | SEALED EXHIBITS G & K by Plaintiffs to their motion to compel defendant City to respond to discovery regarding The City's Broken Disciplinary and Supervisor Systems 187 (Document Not Scanned) (RESTRICTED). (hp, ) (Entered: 04/06/2011) |
| 04/06/2011 | 190 | QUALIFIED HIPAA And CONFIDENTIAL MATTER PROTECTIVE Order Signed by the Honorable Charles R. Norgle, Sr on 4/6/2011: Mailed notice(hp, ) (Entered: 04/06/2011) |
| 04/06/2011 | 191 | SUPPLEMENTAL "ATTORNEY'S EYES ONLY" PROTECTIVE Order for Defendants Signed by the Honorable Charles R. Norgle, Sr on 4/6/2011: Mailed notice(hp, ) (Entered: 04/06/2011) |
| 04/07/2011 | 192 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *Defendant City to Respond to Outstanding Discovery* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Antholt, Amanda) (Entered: 04/07/2011) |
| 04/07/2011 | 193 | NOTICE of Motion by Amanda C Antholt for presentment of motion to compel 192 before Honorable Geraldine Soat Brown on 4/13/2011 at 09:45 AM. (Antholt, Amanda) (Entered: 04/07/2011) |
| 04/07/2011 | 194 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *Defendant City to Respond to An Interrogatory and to Deem Rule 36 Requests for Admission to be Admitted* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Antholt, Amanda) (Entered: 04/07/2011) |
| 04/07/2011 | 195 | SEALED EXHIBIT by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams *Exhibit C* regarding MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *Defendant City to Respond to An Interrogatory and to Deem Rule 36 Requests for Admission to be Admitted* 194 (Antholt, Amanda) (Entered: 04/07/2011) |
| 04/07/2011 | 196 | NOTICE of Motion by Amanda C Antholt for presentment of motion to compel 194 before Honorable Geraldine Soat Brown on 4/13/2011 at 09:45 AM. (Antholt, Amanda) (Entered: 04/07/2011) |
| 04/07/2011 | 197 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion for extension of time to answer 179 is granted. The parties are not required to appear before the court on April 8, 2011. Mailed notice (ewf, ) (Entered: 04/07/2011) |
| 04/07/2011 | 198 | MINUTE entry before Honorable Charles R. Norgle, Sr: Response to City of Chicago's Motion to Dismiss Counts I through VII and Certain Paragraphs of Plaintiffs' Third Amended Complaint 181 is due on or before 4/22/2011. City of Chicago's Reply is due on or before 4/29/2011. The parties are not required to appear before the court on April 8, 2011. Mailed notice (ewf, ) (Entered: 04/07/2011) |
| 04/08/2011 | 199 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Defendants' motion to compel Documents and Testimony |

| | | |
|---|---|---|
| | | Pursuant to Subpoena to Attorney Robert F. Nemzin 184 is entered and continued to 4/19/11 at 9:45 a.m. Counsel for the City is directed to notify Mr. Nemzin of the hearing date of 4/19/11 and file a certificate of service. Hearing on plaintiffs' motions to compel 187 and 194 is stricken without prejudice; the motions may be re-noticed if appropriate following the disposition of the pending motion to dismiss. Plaintiffs' motion to compel 192 is entered and continued to 4/19/11 at 9:45 a.m. Counsel for the City shall serve a formal response to the discovery at issue in plaintiffs' motion to compel 192 no later than 4/15/11. Notice mailed by judge's staff (ntf, ) (Entered: 04/08/2011) |
| 04/08/2011 | 200 | NOTICE OF CONTINUED HEARING DATE by City Of Chicago (Thompson, Molly) (Entered: 04/08/2011) |
| 04/15/2011 | 201 | MOTION by Defendant City Of Chicago for extension of time *to Comply with this Court's April 8, 2011 Order (UNOPPOSED)* (Thompson, Molly) (Entered: 04/15/2011) |
| 04/15/2011 | 202 | *(UNOPPOSED)* NOTICE of Motion by Molly E. Thompson for presentment of extension of time 201 before Honorable Geraldine Soat Brown on 4/20/2011 at 09:45 AM. (Thompson, Molly) (Entered: 04/15/2011) |
| 04/15/2011 | 203 | MINUTE entry before Honorable Geraldine Soat Brown: Defendant City of Chicago's motion for extension of time 201 is granted. The City is given a seven-day extension of time to 4/22/11 to comply with this Court's order of 4/8/11. Motion hearing date of 4/20/11 is stricken. Motion hearing date of 4/19/11 remains. Notice mailed by judge's staff (ntf, ) (Entered: 04/15/2011) |
| 04/19/2011 | 204 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Based on the statements of counsel on the record, defendants' motion to compel documents and testimony pursuant to subpoena to Attorney Robert F. Nemzin 184 is stricken as moot without prejudice to a further motion on this subject. Plaintiffs' motion to compel 192 is entered and continued to 4/28/11 at 9:45 a.m. Status hearing remains set for 4/28/11 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 04/19/2011) |
| 04/20/2011 | 205 | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendant City Of Chicago to dismiss *counts I through VII and certain paragraphs of plaintiffs' third amended complaint* 181 (Antholt, Amanda) (Entered: 04/20/2011) |
| 04/25/2011 | 206 | ANSWER to amended complaint by John Hurley(Farrell, Timothy) (Entered: 04/25/2011) |
| 04/28/2011 | 207 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 5/11/11 at 9:45 a.m. Motion hearing held. Plaintiffs' motion to compel City to respond to outstanding discovery 192 is entered and continued to 5/11/11 at 9:45 a.m. Counsel for the City shall serve a formal response to plaintiffs' motion to compel relating to officers' phone numbers 192 no later than 5/5/11. Defendants |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| ---------- | --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|            |     | shall file any motion for protective order relating to medical documents by 5/6/11 and notice it for presentment on 5/11/11 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 04/28/2011)                                                                                                                                                                                                                                                                                         |
| 04/29/2011 | 208 | REPLY by Defendant City Of Chicago to response in opposition to motion 205 *to dismiss counts I through VII and certain paragraphs of plaintiffs' third amended complaint* (Thompson, Molly) (Entered: 04/29/2011)                                                                                                                                                                                                                                                                            |
| 05/06/2011 | 209 | MOTION by Defendant City Of Chicago for protective order *(Unopposed)* (Attachments: # 1 Text of Proposed Order)(Thompson, Molly) (Entered: 05/06/2011)                                                                                                                                                                                                                                                                                                                                       |
| 05/06/2011 | 210 | *(Unopposed)* NOTICE of Motion by Molly E. Thompson for presentment of motion for protective order 209 before Honorable Geraldine Soat Brown on 5/11/2011 at 09:45 AM. (Thompson, Molly) (Entered: 05/06/2011)                                                                                                                                                                                                                                                                                |
| 05/11/2011 | 211 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 6/30/11 at 9:45 a.m. Motion hearing held. Plaintiffs' motion to compel 192 is moot. Parties have resolved all issues in the motion to compel. Plaintiffs' Rule 26(a)(2) disclosures and reports, relating to non-Monell issues, shall be served by 5/25/11. Defendants' Rule 26(a)(2) disclosures and reports, relating to non-Monell issues, shall be served by 6/15/11. Notice mailed by judge's staff (ntf, ) (Entered: 05/11/2011) |
| 05/12/2011 | 212 | MOTION by Defendant City Of Chicago AUTHORIZING TRANSFER AND FORENSIC TESTING OF EVIDENCE (Thompson, Molly) (Entered: 05/12/2011)                                                                                                                                                                                                                                                                                                                                                             |
| 05/12/2011 | 213 | NOTICE of Motion by Molly E. Thompson for presentment of motion for miscellaneous relief 212 before Honorable Geraldine Soat Brown on 5/18/2011 at 09:45 AM. (Thompson, Molly) (Entered: 05/12/2011)                                                                                                                                                                                                                                                                                          |
| 05/12/2011 | 214 | MINUTE entry before Honorable Geraldine Soat Brown: For the reasons set out below, the motion by defendant City of Chicago for a protective order 209 is denied without prejudice. Defendant may file and notice for presentment another motion with a revised proposed protective order that cures the problems noted below. [For further details see minute order.] Notice mailed by judge's staff (ntf, ) (Entered: 05/12/2011)                                                                |
| 05/18/2011 | 215 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Defendant City's motion to authorize transfer and forensic testing of evidence 212 is entered and continued to 5/25/11 at 9:45 a.m. Counsel for the City and plaintiff shall confer to propose an agreed order on the subject of the motion.Notice mailed by judge's staff (ntf, ) (Entered: 05/18/2011)                                                                                                               |
| 05/20/2011 | 216 | MOTION by Defendant City Of Chicago for protective order *Agreed Motion for Entry of Supplemental Protective Order Relating to Certain Individual Defendants' Medical Records* (Attachments: # 1 Text of                                                                                                                                                                                                                                                                                        |

| | | Proposed Order Supplemental Order to Qualified HIPAA and Confidential Matter Protective Order and Supplemental Attorneys Eyes Only Protective Order)(Thompson, Molly) (Entered: 05/20/2011) |
|---|---|---|
| 05/20/2011 | 217 | *AGREED* NOTICE of Motion by Molly E. Thompson for presentment of motion for protective order, 216 before Honorable Geraldine Soat Brown on 5/25/2011 at 09:45 AM. (Thompson, Molly) (Entered: 05/20/2011) |
| 05/25/2011 | 218 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Defendant City's motion to authorize transfer and forensic testing of evidence 212 is entered and continued to 6/8/11 at 9:45 a.m. The time for plaintiff's expert disclosure on the issues relating to the forensic testing of the hand gun is extended to be reset at the next hearing date. Defendants' agreed motion for entry of supplemental protective order 216 is granted. Enter Supplemental Order To Qualified HIPAA and Confidential Matter Protective Order and Supplemental Attorneys' Eyes Only Protective Order. [For further details see separate order.] Notice mailed by judge's staff (ntf, ) (Entered: 05/25/2011) |
| 05/25/2011 | 219 | SUPPLEMENTAL ORDER To Qualified HIPAA and Confidential Matter Protective Order and Supplemental Attorneys' Eyes Only Protective Order. Signed by the Honorable Geraldine Soat Brown on 5/25/2011: Notice mailed by judge's staff notice(ntf, ) (Entered: 05/25/2011) |
| 06/03/2011 | 220 | MINUTE entry before Honorable Charles R. Norgle, Sr: Defendant City of Chicago's Motion to Dismiss Counts I Through VII and Certain Paragraphs of Plaintiffs' Third Amended Complaint 181 is granted without prejudice. Plaintiffs may file a Fourth Amended Complaint on or before 6/24/2011 Defendants have until 7/8/2011 to file answer or otherwise plead. (For further details see minute order.) Mailed notice (hp, ) (Entered: 06/07/2011) |
| 06/07/2011 | 221 | MINUTE entry before Honorable Geraldine Soat Brown: At the parties' request, defendant City's motion to authorize transfer and forensic testing of evidence 212 previously set for 6/8/11 is stricken and reset to 6/15/11 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 06/07/2011) |
| 06/14/2011 | 222 | *Fourth* AMENDED complaint by Seneca Adams, Sicara Adams, Tari Adams against All Defendants (Antholt, Amanda) (Entered: 06/14/2011) |
| 06/15/2011 | 223 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Defendant City's motion to authorize transfer and forensic testing of evidence 212 is entered and continued to 7/1/11 at 9:45 a.m. Parties may file a motion for a proposed agreed order no later than 6/28/11 and notice it for presentment on 7/1/11. Defendants' oral motion to extend the time to serve their Rule 26(a)(2) disclosures and reports is granted to 7/7/11. Defendants anticipate the disclosed expert is a treating doctor. Depositions of any non-Monell experts shall be |

|  |  | completed by 8/05/11. Status hearing previously set for 6/30/11 is stricken and reset for 8/11/11 at 9:45 a.m. Prior to next status, counsel for the parties shall have a conference to discuss whether this case can be settled. Notice mailed by judge's staff (ntf, ) (Entered: 06/15/2011) |
|---|---|---|
| 06/28/2011 | 224 | MOTION by Defendant City Of Chicago for extension of time *to submit proposed order on testing (AGREED)* (Thompson, Molly) (Entered: 06/28/2011) |
| 06/28/2011 | 225 | NOTICE of Motion by Molly E. Thompson for presentment of extension of time 224 before Honorable Geraldine Soat Brown on 7/1/2011 at 09:45 AM. (Thompson, Molly) (Entered: 06/28/2011) |
| 06/30/2011 | 226 | MINUTE entry before Honorable Geraldine Soat Brown: Defendant City of Chicago's unopposed motion for extension of time to comply with court's June 15, 2011 order 224 is granted. The time for the parties to file a motion for a proposed order regarding the protocol for gun testing is extended to July 8, 2011. The hearing on the the City's motion to authorize transfer and forensic testing of evidence 212 is continued to 7/13/11 at 9:45 a.m. Motion hearing for 7/1/11 is stricken. Mailed notice by judge's staff. (srb,) (Entered: 06/30/2011) |
| 07/07/2011 | 227 | MOTION by Defendant City Of Chicago for extension of time *to disclose Rule 26(a)(2) witnesses and for leave to issue third-party discovery* (Thompson, Molly) (Entered: 07/07/2011) |
| 07/07/2011 | 228 | NOTICE of Motion by Molly E. Thompson for presentment of extension of time 227 before Honorable Geraldine Soat Brown on 7/13/2011 at 09:45 AM. (Thompson, Molly) (Entered: 07/07/2011) |
| 07/08/2011 | 229 | MOTION by Defendant City Of Chicago to dismiss *Counts I through VIII and Certain Paragraphs of Plaintiffs' Fourth Amended Complaint* (Thompson, Molly) (Entered: 07/08/2011) |
| 07/08/2011 | 230 | NOTICE of Motion by Molly E. Thompson for presentment of motion to dismiss 229 before Honorable Charles R. Norgle Sr. on 7/15/2011 at 10:30 AM. (Thompson, Molly) (Entered: 07/08/2011) |
| 07/08/2011 | 231 | ANSWER to amended complaint by Margaret Hopkins(Roddy, Joseph) (Entered: 07/08/2011) |
| 07/08/2011 | 232 | MOTION by Defendant City Of Chicago for order *authorizing transfer and testing of evidence (agreed)* (Attachments: # 1 Exhibit 1) (Thompson, Molly) (Entered: 07/08/2011) |
| 07/08/2011 | 233 | NOTICE of Motion by Molly E. Thompson for presentment of motion for order 232 before Honorable Geraldine Soat Brown on 7/13/2011 at 09:45 AM. (Thompson, Molly) (Entered: 07/08/2011) |
| 07/08/2011 |  | ENTERED IN ERROR. (hp, ) Modified on 7/11/2011 (hp, ). (Entered: 07/11/2011) |
| 07/11/2011 | 234 | NOTICE of Correction regarding document no. 233. (kj, ) (Main Document 234 replaced on 7/11/2011) (kj, ). (Entered: 07/11/2011) |

| 07/11/2011 | 235 | NOTICE of Correction regarding MOTION by Defendant City Of Chicago for leave to file. Motion relief entered in error. (hp, ) (Entered: 07/11/2011) |
|---|---|---|
| 07/13/2011 | 236 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Defendant City's motion to authorize transfer and forensic testing of evidence 212 is moot. Defendant City's agreed motion for order authorizing transfer and testing of evidence 232 is granted. Defendant City's motion for extension of time to disclose non-Monell Rule 26(a)(2) witnesses and for leave to issue third party discovery 227 is granted as follows: Defendant City may serve a Rule 26(a)(2)(B) report of Dr. Reddy and/or Dr. Kelkar no later than 7/29/11. Defendant City may serve a Rule 26(a)(2) disclosure and/or report with respect to plaintiffs' consulting ENT specialist no later than 8/19/11. The time for the completion of depositions of all non-Monell experts is extended to 8/31/11. No later than 7/20/11 defendant City may serve one or more subpoenas to obtain information relating to plaintiffs' consulting ENT specialist. Status hearing previously set for 8/11/11 is stricken and reset to 8/23/11 at 9:45 a.m. Enter Agreed Order Authorizing Transfer And Testing Of Evidence. Notice mailed by judge's staff (ntf, ) (Entered: 07/13/2011) |
| 07/13/2011 | 237 | AGREED ORDER Authorizing Transfer And Testing Of Evidence. Signed by the Honorable Geraldine Soat Brown on 7/13/2011: Notice mailed by judge's staff (ntf, ) (Entered: 07/13/2011) |
| 07/14/2011 | 238 | MINUTE entry before Honorable Charles R. Norgle, Sr: Plaintiffs' response to City of Chicago's Motion to Dismiss Counts I through VIII and Certain Paragraphs of Plaintiffs' Fourth Amended complaint 229 is due on or before 8/5/2011. City of Chicago's reply is due on or before 8/19/2011. The parties are not required to appear before the court on Friday, July 15, 2011. Mailed notice (ewf, ) (Entered: 07/14/2011) |
| 07/29/2011 | 239 | MOTION by Defendant City Of Chicago for extension of time *to Serve Rule 26(a)(2)(B) Reports*, MOTION by Defendant City Of Chicago for Leave to Issue a Subpoena (Thompson, Molly) (Entered: 07/29/2011) |
| 07/29/2011 | 240 | NOTICE of Motion by Molly E. Thompson for presentment of extension of time, motion for miscellaneous relief 239 before Honorable Geraldine Soat Brown on 8/3/2011 at 09:45 AM. (Thompson, Molly) (Entered: 07/29/2011) |
| 08/03/2011 | 241 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Defendant City's motion for extension of time to serve Rule 26(a)(2)(B) reports and for leave to issue a subpoena 239 is granted. The time for the Defendant City to serve its Rule 26(a)(2)(B) report of Dr. Reddy is extended to 8/5/11. Defendant City may serve a subpoena on Mercy Hospital & Medical Center to inquire about Dr. Kelkar's employment status. Deadline for serving an expert report by Dr. Kelkar is stricken to be reset at the next status hearing. Status hearing remains set for 8/23/11 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 08/03/2011) |

| | | |
|---|---|---|
| 08/05/2011 | 242 | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendant City Of Chicago to dismiss *Counts I through VIII and Certain Paragraphs of Plaintiffs' Fourth Amended Complaint* 229 (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 08/05/2011) |
| 08/19/2011 | 243 | REPLY by Defendant City Of Chicago in support of its motion to dismiss ounts I through VIII and certain paragraphs of plaintiffs' Fourth Amended Complaint 242 (Thompson, Molly) (Text Modified by Clerk's Office) (vmj, ). (Entered: 08/19/2011) |
| 08/23/2011 | 244 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 9/21/11 at 9:45 a.m. Defendants shall serve a Rule 26(a)(2) report of Dr. Kelkar by 9/2/11. The depositions of Dr. Reddy and Dr. Kelkar shall be scheduled by agreement of the parties. Notice mailed by judge's staff (ntf, ) (Entered: 08/23/2011) |
| 08/26/2011 | 245 | MOTION by counsel for Defendants John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to withdraw as attorney *(Unopposed)* (Farrell, Timothy) (Entered: 08/26/2011) |
| 08/26/2011 | 246 | *Unopposed* NOTICE of Motion by Timothy Ryan Farrell for presentment of motion to withdraw as attorney 245 before Honorable Charles R. Norgle Sr. on 9/2/2011 at 10:30 AM. (Farrell, Timothy) (Entered: 08/26/2011) |
| 09/01/2011 | 247 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to withdraw as attorney 245 is granted. Timothy Ryan Farrell is granted leave to withdraw his appearance. The parties are not required to appear before the court on Friday, September 2, 2011. Mailed notice (ewf, ) (Entered: 09/01/2011) |
| 09/02/2011 | 248 | MOTION by Defendant City Of Chicago for extension of time *to Serve Rule 26(a)(2)(B) Report of Dr. Sudhir Kelkar* (Thompson, Molly) (Entered: 09/02/2011) |
| 09/02/2011 | 249 | NOTICE of Motion by Molly E. Thompson for presentment of extension of time 248 before Honorable Geraldine Soat Brown on 9/9/2011 at 09:45 AM. (Thompson, Molly) (Entered: 09/02/2011) |
| 09/09/2011 | 250 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Defendant City of Chicago's motion for extension of time 248 is granted. Defendant City advises that Dr. Kelkar's report has been served on plaintiffs' counsel. Status hearing remains set for 9/21/11 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 09/09/2011) |
| 09/16/2011 | 251 | MOTION by Defendant City Of Chicago for protective order *regarding deposition of defendant officers' treater* (Thompson, Molly) (Entered: 09/16/2011) |
| 09/16/2011 | 252 | NOTICE of Motion by Molly E. Thompson for presentment of motion for protective order 251 before Honorable Geraldine Soat Brown on 9/21/2011 at 09:45 AM. (Thompson, Molly) (Entered: 09/16/2011) |

| | | |
|---|---|---|
| 09/19/2011 | 253 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *Defendant City to Produce Expert for Deposition and to Pay Costs and Response to Defense Motion for Protective Order* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Antholt, Amanda) (Entered: 09/19/2011) |
| 09/19/2011 | 254 | NOTICE of Motion by Amanda C Antholt for presentment of motion to compel, 253 before Honorable Geraldine Soat Brown on 9/21/2011 at 09:45 AM. (Antholt, Amanda) (Entered: 09/19/2011) |
| 09/21/2011 | 255 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 10/11/11 at 9:45 a.m. Motion hearing held. City's motion for protective order 251 is denied. Plaintiffs' motion to compel 253 is granted. Consistent with the Court's comments stated on record, plaintiffs may inquire about the basis of Dr. Reddy's opinion, including whether she considered the treatment records of the plaintiffs in forming her opinion. Plaintiffs may not use the deposition to generate an opinion testimony that was not disclosed by plaintiffs pursuant to Rule 26(a)(2). Defendants must pay the cost of the continued deposition of Dr. Reddy. Notice mailed by judge's staff (ntf, ) (Entered: 09/21/2011) |
| 09/21/2011 | 🔒 | (Court only) ***Deadline terminated. (hp, ) (Entered: 09/22/2011) |
| 09/29/2011 | 256 | WRITTEN Opinion entered by the Honorable Charles R. Norgle, Sr on 9/29/2011: Defendant City of Chicago's Motion to Dismiss Counts I Through VIII and Certain Paragraphs of Plaintiffs' Fourth Amended Complaint 229 is denied. (For further detail see written opinion). Mailed notice(hp, ) (Entered: 10/03/2011) |
| 09/29/2011 | 257 | MINUTE entry before Honorable Charles R. Norgle, Sr: This case has been before the Court since the year 2006. For case control purposes a final pretrial order shall be submitted on or before November 9, 2011, including a complete set of jury instructions. Upon review of the final pretrial order, the Court will set a trial date. Mailed notice (hp, ) (Entered: 10/03/2011) |
| 10/03/2011 | 258 | JOINT MOTION by Defendants City Of Chicago, John Dahlberg, John Hurley, Joseph Keeter, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to re-open discovery to allow Sergeant Joseph Keeter to amend his deposition answers and to testify at trial (Green, Jonathan) (Docket Text Modified by Clerk's Office on 10/4/2011.) (hp, ). (Entered: 10/03/2011) |
| 10/03/2011 | 259 | JOINT NOTICE of Motion by Jonathan Clark Green for presentment of motion to re-open discovery to allow Sergeant Joseph Keeter to amend his deposition answers and to testify at trial 258 before Honorable Charles R. Norgle Sr. on 10/7/2011 at 10:30 AM. (Green, Jonathan) (Docket Text Modified by Clerk's Office on 10/4/2011.) (hp, ). (Entered: 10/03/2011) |
| 10/04/2011 | 260 | MINUTE entry before Honorable Charles R. Norgle, Sr: Joint Motion to Re-Open Discovery to Allow Sergeant Joseph Keeter to Amend his |

| | | |
|---|---|---|
| | | Deposition Answers and to Testify at Trial 258 is withdrawn. The parties are not required to appear before the court on Friday, October 7, 2011. Mailed notice (ewf, ) (Entered: 10/04/2011) |
| 10/04/2011 | 261 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *DEFENDANT CITY TO RESPOND TO DISCOVERY REGARDING THE CITYS BROKEN DISCIPLINARY AND SUPERVISORY SYSTEMS - REDACTED* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit H, # 8 Exhibit I, # 9 Exhibit J, # 10 Exhibit L, # 11 Exhibit M)(Antholt, Amanda) (Entered: 10/04/2011) |
| 10/04/2011 | 262 | SEALED EXHIBIT by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams *Exhibit G* regarding MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *DEFENDANT CITY TO RESPOND REGARDING THE CITYS BROKEN DISCIPLINARY AND SUPERVISORY SYSTEMS - REDACTED* 261 (Antholt, Amanda) (Entered: 10/04/2011) |
| 10/04/2011 | 263 | SEALED EXHIBIT by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams *Exhibit K* regarding MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to compel *DEFENDANT CITY TO RESPOND REGARDING THE CITYS BROKEN DISCIPLINARY AND SUPERVISORY SYSTEMS - REDACTED* 261 (Antholt, Amanda) (Entered: 10/04/2011) |
| 10/04/2011 | 264 | NOTICE of Motion by Amanda C Antholt for presentment of motion to compel, 261 before Honorable Geraldine Soat Brown on 10/7/2011 at 09:45 AM. (Antholt, Amanda) (Entered: 10/04/2011) |
| 10/05/2011 | 265 | ATTORNEY Appearance for Defendants John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley by Nicholas Easton Siefert (Siefert, Nicholas) (Entered: 10/05/2011) |
| 10/06/2011 | 266 | MINUTE entry before Honorable Geraldine Soat Brown: Plaintiffs' motion to compel 261 previously set for 10/7/11 is stricken and reset to 10/11/11 at 9:45 a.mNotice mailed by judge's staff (ntf, ) (Entered: 10/06/2011) |
| 10/11/2011 | 267 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 10/19/11 at 9:15 a.m. Motion hearing held. Plaintiffs' motion to compel 261 is entered and continued to 10/19/11 at 9:15 a.m. Parties agree that defendants may contact plaintiffs' treating professional Dr. Anaglate to obtain information about plaintiffs' previous ENT Doctor. Plaintiffs will attempt to locate Dr. Anaglate and provide that information to the defendants. Any communications by defendants' counsel with Dr. Anaglate shall be copied to plaintiffs' counsel. Notice mailed by judge's staff (ntf, ) (Entered: 10/11/2011) |
| 10/18/2011 | 268 | MOTION by Defendant City Of Chicago to continue *pretrial order date* (Thompson, Molly) (Entered: 10/18/2011) |

| 10/18/2011 | 269 | NOTICE of Motion by Molly E. Thompson for presentment of motion to continue 268 before Honorable Charles R. Norgle Sr. on 10/21/2011 at 10:30 AM. (Thompson, Molly) (Entered: 10/18/2011) |
|---|---|---|
| 10/18/2011 | 270 | MOTION by Defendant City Of Chicago to continue *pretrial order date (CORRECTED MOTION)* (Thompson, Molly) (Entered: 10/18/2011) |
| 10/19/2011 | 271 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 11/10/11 at 9:45 a.m. Motion hearing held. Plaintiff's motion to compel 261 is moot. The City has agreed to produce the same documents and data that will be produced in Padilla vs. City of Chicago. The City shall serve revised responses to plaintiffs' request identifying requests as to which the City has no responsive documents by 11/2/11. The City's production of documents shall be completed as expeditiously as possible with the goal of completing production by 11/2/11. The documents and data shall be held subject to the protective order. At the next status hearing, the Court will set a date for plaintiffs' expert disclosures. Notice mailed by judge's staff (ntf, ) (Entered: 10/19/2011) |
| 10/21/2011 | 272 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to continue pretrial order due date 268 , 270 is granted. Motion hearing held on 10/21/2011. Status hearing is set for 1/18/2012 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 10/24/2011) |
| 11/10/2011 | 273 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 12/15/11 at 9:45 a.m. All Monell data from the City of Chicago shall be produced by 11/28/11. Assuming the date is produced as required by this order, plaintiffs' Rule 26(a)(2) disclosures and reports shall be served by 1/13/12. Notice mailed by judge's staff (ntf, ) (Entered: 11/10/2011) |
| 11/28/2011 | 274 | MOTION by Defendant City Of Chicago for extension of time *to produce data* (Thompson, Molly) (Entered: 11/28/2011) |
| 11/28/2011 | 275 | NOTICE of Motion by Molly E. Thompson for presentment of extension of time 274 before Honorable Geraldine Soat Brown on 12/7/2011 at 09:45 AM. (Thompson, Molly) (Entered: 11/28/2011) |
| 12/07/2011 | 276 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. City's motion for extension of time to produce Monell data 274 is granted to 12/12/11. Status hearing remains set for 12/15/11 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 12/07/2011) |
| 12/15/2011 | 277 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 1/12/12 at 9:45 a.m. Plaintiffs' oral motion to extend time for plaintiffs' expert discovery is granted. Expert discovery deadline is stricken to be reset at the next status hearing. Notice mailed by judge's staff (ntf, ) (Entered: 12/15/2011) |
| 01/12/2012 | 278 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 1/25/12 at 9:45 a.m. Counsel for the City |

| | | |
|---|---|---|
| | | advises the Court that additional data will be provided on Monell discovery by 1/18/12. Notice mailed by judge's staff (ntf, ) (Entered: 01/12/2012) |
| 01/13/2012 | 279 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for default judgment as to *Certain Defendants* (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 01/13/2012) |
| 01/13/2012 | 280 | NOTICE of Motion by Amanda C Antholt for presentment of motion for default judgment 279 before Honorable Charles R. Norgle Sr. on 1/20/2012 at 10:30 AM. (Antholt, Amanda) (Entered: 01/13/2012) |
| 01/13/2012 | 281 | MINUTE entry before Honorable Geraldine Soat Brown: Plaintiffs' motion to compel City to respond to discovery 187 and plaintiffs' motion to compel City to respond to interrogatories 194 are moot. Notice mailed by judge's staff (ntf, ) (Entered: 01/13/2012) |
| 01/17/2012 | 282 | ATTORNEY Appearance for Defendants John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley by Colin B White (White, Colin) (Entered: 01/17/2012) |
| 01/18/2012 | 283 | RESPONSE by Defendants John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to motion for default judgment 279 (Yanow, Geri Lynn) (Entered: 01/18/2012) |
| 01/18/2012 | 284 | NOTICE by John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley re Response 283 (Yanow, Geri Lynn) (Entered: 01/18/2012) |
| 01/18/2012 | 285 | MINUTE entry before Honorable Charles R. Norgle, Sr: Status hearing held on 1/18/2012. Mailed notice (ewf, ) (Entered: 01/18/2012) |
| 01/19/2012 | 286 | RESPONSE by City Of Chicagoin Opposition to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for default judgment as to *Certain Defendants 279 and motion for leave to file answer to fourth amended complaint* (Thompson, Molly) (Entered: 01/19/2012) |
| 01/20/2012 | 287 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion for default judgment against certain defendants 279 is denied. Motion hearing held on 1/20/2012. Defendants are given 7 days to answer or otherwise plead. Status hearing is set for 4/27/2012 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 01/23/2012) |
| 01/25/2012 | 288 | ANSWER to amended complaint by Keith Herrera (Attachments: # 1 Notice of Filing)(Oliver, Phillip) (Entered: 01/25/2012) |
| 01/25/2012 | 289 | *Certain Defendants'* ANSWER to amended complaint *Fourth* by John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley(Yanow, Geri Lynn) (Entered: 01/25/2012) |
| 01/25/2012 | 290 | NOTICE by John Dahlberg, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley re answer to amended complaint 289 *Fourth* (Yanow, Geri Lynn) (Entered: 01/25/2012) |

| 01/25/2012 | 291 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 3/22/12 at 9:45 a.m. Plaintiffs report that the City has produced the Monell data. City will depose plaintiffs' expert Joseph Stein by 2/29/12. Plaintiffs' expert report and disclosure from Dr. Whitman will be served by 3/16/12. City's Rule 26(a)(2) disclosures and reports with respect to police practices shall be served by 3/30/12. Defendants shall depose Dr. Whitman by 4/1612. City's rebuttal expert disclosures, if any, shall be served by 5/16/12.Notice mailed by judge's staff (ntf, ) (Entered: 01/25/2012) |
| --- | --- | --- |
| 01/26/2012 | 292 | ANSWER to Complaint with Jury Demand by Keith Herrera (Attachments: # 1 Notice of Filing)(Oliver, Phillip) (Entered: 01/26/2012) |
| 01/27/2012 | 293 | ANSWER to amended complaint *(fourth amended) and affirmative defenses* by City Of Chicago(Thompson, Molly) (Entered: 01/27/2012) |
| 01/30/2012 | 294 | MOTION by counsel for Defendant Keith Herrera to withdraw as attorney (Oliver, Phillip) (Entered: 01/30/2012) |
| 01/30/2012 | 295 | NOTICE of Motion by Phillip John Oliver for presentment of motion to withdraw as attorney 294 before Honorable Charles R. Norgle Sr. on 2/9/2012 at 10:30 AM. (Oliver, Phillip) (Entered: 01/30/2012) |
| 01/31/2012 | 296 | MOTION by counsel for Defendant Keith Herrera to withdraw as attorney (Oliver, Phillip) (Entered: 01/31/2012) |
| 01/31/2012 | 297 | NOTICE of Motion by Phillip John Oliver for presentment of motion to withdraw as attorney 296 before Honorable Charles R. Norgle Sr. on 2/10/2012 at 10:30 AM. (Oliver, Phillip) (Entered: 01/31/2012) |
| 02/09/2012 | 298 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to withdraw as attorney 296 , 294 is granted. The parties need not appear on 2/12/2012. Attorney Phillip John Oliver terminated.Mailed notice (ewf, ) (Entered: 02/09/2012) |
| 03/08/2012 | 299 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for extension of time *UNOPPOSED, for Rule 26(a)(2) Disclosure* (Antholt, Amanda) (Entered: 03/08/2012) |
| 03/08/2012 | 300 | NOTICE of Motion by Amanda C Antholt for presentment of extension of time 299 before Honorable Geraldine Soat Brown on 3/14/2012 at 09:45 AM. (Antholt, Amanda) (Entered: 03/08/2012) |
| 03/12/2012 | 301 | MINUTE entry before Honorable Geraldine Soat Brown: Plaintiff's unopposed motion for extension of time for Rule 26(a)(2) disclosures 299 is granted. Plaintiffs' expert report and disclosure from Dr. Whitman will be served by 4/2/12. City's Rule 26(a)(2) disclosures and reports with respect to police practices shall be served by 4/13/12. Defendants shall depose Dr. Whitman by 4/30/12. City's rebuttal expert disclosures, if any, shall be served by 5/30/12. Motion hearing date of 3/14/12 is stricken. Status hearing previously set for 3/22/12 is stricken and reset to 4/24/12 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) |

| | | |
|---|---|---|
| | | (Entered: 03/12/2012) |
| 03/29/2012 | 302 | MOTION by Defendant City Of Chicago for extension of time *Unopposed Motion for Extension of Expert Discovery Schedule* (Thompson, Molly) (Entered: 03/29/2012) |
| 03/29/2012 | 303 | NOTICE of Motion by Molly E. Thompson for presentment of extension of time 302 before Honorable Geraldine Soat Brown on 4/4/2012 at 09:45 AM. (Thompson, Molly) (Entered: 03/29/2012) |
| 03/30/2012 | 304 | MINUTE entry before Honorable Geraldine Soat Brown: Defendant City of Chicago's unopposed motion for extension of expert discovery schedule 302 is granted. City may disclose its police practices expert by 5/15/12. Defendants shall depose Dr. Whitman by 5/15/12. City's rebuttal expert disclosures, if any, shall be served by 6/15/12. Motion hearing date of 4/4/12 is stricken. Status hearing previously set for 4/24/12 is stricken and reset to 5/23/12 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 03/30/2012) |
| 04/27/2012 | 305 | MINUTE entry before Honorable Charles R. Norgle, Sr: Status hearing held on 4/27/2012. Status hearing is continued to 7/9/2012 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 05/01/2012) |
| 05/23/2012 | 306 | MINUTE entry before Honorable Geraldine Soat Brown: Magistrate Judge Status hearing held and continued to 8/1/12 at 9:30 am. Parties' joint oral motion to extend discovery schedule is granted. Defendants shall depose Dr. Whitman by 6/27/12. City's rebuttal expert disclosures, if any, shall be served by 7/27/12. Plaintiffs may depose City's expert by 8/31/12. Mailed notice (ao,) (Entered: 05/25/2012) |
| 07/09/2012 | 307 | MINUTE entry before Honorable Charles R. Norgle, Sr: Status hearing held on 7/9/2012. Status hearing is continued 9/21/2012 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 07/09/2012) |
| 07/18/2012 | 308 | MOTION by Defendant City Of Chicago to bifurcate *§1983 Claims Against It and to Stay Trial On Those Claims* (Attachments: # 1 Exhibit A - B)(Thompson, Molly) (Entered: 07/18/2012) |
| 07/18/2012 | 309 | NOTICE of Motion by Molly E. Thompson for presentment of motion to bifurcate 308 before Honorable Charles R. Norgle Sr. on 7/20/2012 at 10:30 AM. (Thompson, Molly) (Entered: 07/18/2012) |
| 07/18/2012 | | MOTION by Defendant City Of Chicago to stay trial on those claims (Omitted relief in motion 308 . (vmj, ) (Entered: 07/19/2012) |
| 07/19/2012 | 310 | MINUTE entry before Honorable Charles R. Norgle, Sr: Plaintiffs' response to Chicago's Motion to Bifurcate § 1983 Claims Against It and to Stay Trial on Those Claims is due on or before 8/3/2012. Chicago's Reply is due on or before 8/10/2012. The parties are not required to appear on July 20, 2012. Mailed notice (ewf, ) (Entered: 07/19/2012) |
| 07/27/2012 | 311 | ATTORNEY Appearance for Defendant Margaret Hopkins by Geri Lynn Yanow (Yanow, Geri Lynn) (Entered: 07/27/2012) |

| 07/27/2012 | 312 | MOTION by Plaintiff Seneca Adams for extension of time *to the briefing schedule on Defendant City's motion to bifurcate (UNOPPOSED)* (Antholt, Amanda) (Entered: 07/27/2012) |
| 07/27/2012 | 313 | NOTICE of Motion by Amanda C Antholt for presentment of extension of time 312 before Honorable Charles R. Norgle Sr. on 8/3/2012 at 10:30 AM. (Antholt, Amanda) (Entered: 07/27/2012) |
| 07/27/2012 | 314 | MOTION by Defendant City Of Chicago for extension of time *to Disclose Monell Rebuttal Expert (UNOPPOSED)* (Thompson, Molly) (Entered: 07/27/2012) |
| 07/27/2012 | 315 | NOTICE of Motion by Molly E. Thompson for presentment of extension of time 314 before Honorable Geraldine Soat Brown on 8/1/2012 at 09:45 AM. (Thompson, Molly) (Entered: 07/27/2012) |
| 07/30/2012 | 316 | MINUTE entry before Honorable Geraldine Soat Brown: Defendant City of Chicago's unopposed motion for extension of time to disclose Monell rebuttal expert 314 is granted. City shall disclose its rebuttal expert to plaintiff's expert, Dr. Whitman by 8/17/12. Motion hearing date of 8/1/12 is stricken. Status hearing previously set for 8/1/12 is stricken and reset to 8/30/12 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 07/30/2012) |
| 07/31/2012 | 317 | ATTORNEY Appearance for Defendant Keith Herrera by Eileen Ellen Rosen (Rosen, Eileen) (Entered: 07/31/2012) |
| 07/31/2012 | 318 | ATTORNEY Appearance for Defendant Keith Herrera by John Joseph Rock (Rock, John) (Entered: 07/31/2012) |
| 07/31/2012 | 319 | ATTORNEY Appearance for Defendant Keith Herrera by Stacy Ann Benjamin (Benjamin, Stacy) (Entered: 07/31/2012) |
| 07/31/2012 | 320 | ATTORNEY Appearance for Defendant Keith Herrera by Silvia Mercado Masters (Masters, Silvia) (Entered: 07/31/2012) |
| 08/01/2012 | 321 | MINUTE entry before Honorable Charles R. Norgle, Sr: Unopposed Motion to Extend Briefing Schedule on Defendant Chicago's Motion to Bifurcate 312 is granted. The parties are not required to appear on August 3, 2012. Mailed notice (ewf, ) (Entered: 08/01/2012) |
| 08/07/2012 | 322 | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendant City Of Chicago to stay, MOTION by Defendant City Of Chicago to bifurcate *§1983 Claims Against It and to Stay Trial On Those Claims* 308 (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 08/07/2012) |
| 08/16/2012 | 323 | MOTION by Defendant City Of Chicago for extension of time *for Monell expert discovery* (Thompson, Molly) (Entered: 08/16/2012) |
| 08/16/2012 | 324 | NOTICE of Motion by Molly E. Thompson for presentment of extension of time 323 before Honorable Geraldine Soat Brown on 8/22/2012 at 09:45 AM. (Thompson, Molly) (Entered: 08/16/2012) |
| | | |

| | | |
|---|---|---|
| 08/17/2012 | 325 | REPLY by City Of Chicago to MOTION by Defendant City Of Chicago to bifurcate *§1983 Claims Against It and to Stay Trial On Those Claims* 308 (Attachments: # 1 Exhibit 1-3)(Thompson, Molly) (Entered: 08/17/2012) |
| 08/20/2012 | 326 | ATTORNEY Appearance for Defendant Margaret Hopkins by Thomas Jon Aumann (Aumann, Thomas) (Entered: 08/20/2012) |
| 08/22/2012 | 327 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Defendant City of Chicago's motion for extension of time for Monell expert discovery 323 is granted. The Monell rebuttal expert report will be served at the earlier of 14 days after the ruling by the District Judge denying the motion to bifurcate, or the date of the parallel report in Padilla et al v. City Of Chicago et al, 06 C 5462. Jeffrey Noble will be presented for a deposition at the same time his deposition is scheduled in the Padilla case. Status hearing previously set for 8/30/12 is stricken and reset to 9/27/12 at 9:45 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 08/22/2012) |
| 09/10/2012 | 328 | ATTORNEY Appearance for Defendant Margaret Hopkins by Jonathan Clark Green (Green, Jonathan) (Entered: 09/10/2012) |
| 09/11/2012 | 329 | MOTION by Defendant City Of Chicago to supplement *Its Motion to Bifurcate §1983 Claims Against It and to Stay Trial On Those Claims* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Thompson, Molly) (Entered: 09/11/2012) |
| 09/11/2012 | 330 | NOTICE of Motion by Molly E. Thompson for presentment of motion to supplement 329 before Honorable Charles R. Norgle Sr. on 9/14/2012 at 10:30 AM. (Thompson, Molly) (Entered: 09/11/2012) |
| 09/13/2012 | 331 | MINUTE entry before Honorable Charles R. Norgle, Sr: Plaintiffs' response to Defendant's Motion to Supplement its Motion to Bifurcate § 1983 Claims Against it and to Stay Trial on those Claims 329 is due on or before 9/28/2012. Defendant's reply is due on or before 10/5/2012. The parties are not required to appear on Friday, September 14, 2012. Mailed notice (ewf,) (Entered: 09/13/2012) |
| 09/21/2012 | 332 | MINUTE entry before Honorable Charles R. Norgle, Sr: Status hearing held on 9/21/2012. Status hearing is continued to 11/2/2012 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 09/24/2012) |
| 09/27/2012 | 333 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 1/24/13 at 9:45 a.m. Notices mailed by Judicial staff. (psm, ) (Entered: 09/27/2012) |
| 09/28/2012 | 334 | RESPONSE by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to motion to supplement 329 (Attachments: # 1 Exhibit A)(Smith, Christopher) (Entered: 09/28/2012) |
| 10/05/2012 | 335 | REPLY by Defendant City Of Chicago to motion to supplement 329 (Thompson, Molly) (Entered: 10/05/2012) |
| 11/02/2012 | 336 | MINUTE entry before Honorable Charles R. Norgle, Sr: Status hearing |

| | | |
|---|---|---|
| | | held on 11/2/2012. Mailed notice (ewf, ) (Entered: 11/02/2012) |
| 11/02/2012 | 337 | MINUTE entry before Honorable Charles R. Norgle, Sr: Defendant City of Chicago's Motion to Supplement Its Motion to Bifurcate § 1983 Claims Against It and to Stay Trial on Those Claims 329 is granted. Defendant City of Chicago's Motion to Bifurcate § 1983 Claims Against It and to Stay Trial on Those Claims 308 is granted. Mailed notice (ao,) (Entered: 11/05/2012) |
| 11/02/2012 | 338 | OPINION and ORDER Signed by the Honorable Charles R. Norgle, Sr on 11/2/2012. (ao,) (Entered: 11/05/2012) |
| 11/07/2012 | 339 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams Trial Date (Baranyk, James) (Entered: 11/07/2012) |
| 11/07/2012 | 340 | NOTICE of Motion by James M. Baranyk for presentment of motion for miscellaneous relief 339 before Honorable Charles R. Norgle Sr. on 11/9/2012 at 10:30 AM. (Baranyk, James) (Entered: 11/07/2012) |
| 11/08/2012 | 341 | MINUTE entry before Honorable Charles R. Norgle, Sr: Plaintiffs' Motion to Set Trial Date 339 is granted. Parties are to submit suggested dates for jury trial on or before November 21, 2012. Counsel may also consider the availability of the assigned Magistrate Judge. Mailed notice (ewf, ) (Entered: 11/08/2012) |
| 01/24/2013 | 342 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held. The parties are to exchange supplemental Rule 26 (a)(1) disclosures regarding addresses of witnesses by 2/7/13. Plaintiffs shall serve a settlement letter on the defendants pursuant to paragraph one of this Court's standing order for settlement conference by 1/28/13. If, after the service of that settlement letter, the parties agree that a settlement conference would be useful, counsel shall jointly contact this Court's courtroom deputy. Notices mailed by Judicial Staff. (psm, ) (Entered: 01/24/2013) |
| 03/13/2013 | 343 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams trial date (Smith, Christopher) (Entered: 03/13/2013) |
| 03/13/2013 | 344 | NOTICE of Motion by Christopher Rudolf Smith for presentment of motion for miscellaneous relief 343 before Honorable Charles R. Norgle Sr. on 3/22/2013 at 10:30 AM. (Smith, Christopher) (Entered: 03/13/2013) |
| 03/22/2013 | 345 | MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to Set Trial for a Date Certain 343 is granted. Motion hearing held on 3/22/2013. Jury trial is set for 10/15/2013 at 10:00 a.m. The Magistrate Judge will set the date for filing the final pretrial order. Mailed notice (ewf, ) (Entered: 03/25/2013) |
| 04/08/2013 | 346 | MINUTE entry before Honorable Geraldine Soat Brown: The District Judge has directed Judge Brown to set the date for the filing of the pretrial order. A status hearing is hereby set before Judge Brown on 4/18/13 at 9:45 a.m to set the date for final pretrial order submission. |

| | | Notices mailed by Judicial Staff. (psm, ) (Entered: 04/08/2013) |
|---|---|---|
| 04/18/2013 | 347 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held. Plaintiffs shall submit a draft pretrial order to Defendants by 5/9/13. Defendants shall submit their draft pretrial order to Plaintiffs by 5/20/13. Final pretrial order and any motions in limine shall be filed 6/10/13, and noticed for presentment promptly thereafter. Responses to motions in limine shall be filed by 6/24/13, with replies filed by 7/1/13. A motion in limine must be filed as a separate document from the Pretrial Order. Each motion in limine must be filed as a separate motion and each must cite authority supporting the relief sought. Many motions in limine can be avoided by stipulation by counsel. Therefore, each motion in limine must also contain a statement of efforts to reach an accord regarding that motion containing the recitations that L.R. 37.2 requires for discovery motions. Any motion in limine not containing such a statement is subject to being stricken. Notices mailed by Judicial Staff. (psm, ) (Entered: 04/18/2013) |
| 06/10/2013 | 348 | PROPOSED Pretrial Order (Attachments: # 1 Exhibit A - Parties' Proposed Jury Instructions)(Antholt, Amanda) (Entered: 06/10/2013) |
| 06/10/2013 | 349 | NOTICE of Motion by Amanda C Antholt for presentment of before Honorable Charles R. Norgle Sr. on 6/14/2013 at 10:30 AM. (Antholt, Amanda) (Entered: 06/10/2013) |
| 06/10/2013 | 350 | MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley*in limine no. 1* (Rosen, Eileen) (Entered: 06/10/2013) |
| 06/10/2013 | 351 | MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley*in limine no. 2* (Rosen, Eileen) (Entered: 06/10/2013) |
| 06/10/2013 | 352 | MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley*in limine no. 3* (Rosen, Eileen) (Entered: 06/10/2013) |
| 06/10/2013 | 353 | MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley*in limine no. 4* (Rosen, Eileen) (Entered: 06/10/2013) |
| 06/10/2013 | 354 | MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley*in limine no. 5* (Rosen, Eileen) (Entered: 06/10/2013) |
| 06/10/2013 | 355 | MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley*in limine no. 6* (Rosen, Eileen) (Entered: 06/10/2013) |
| 06/10/2013 | 356 | MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley*in limine no. 7* (Attachments: # 1 Exhibit A - G)(Rosen, Eileen) (Entered: 06/10/2013) |
| | | |

| | | |
|---|---|---|
| 06/10/2013 | 357 | MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin limine *no. 8* (Attachments: # 1 Exhibit A)(Rosen, Eileen) (Entered: 06/10/2013) |
| 06/10/2013 | 358 | MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin limine *no. 9* (Rosen, Eileen) (Entered: 06/10/2013) |
| 06/10/2013 | 359 | MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin limine *no. 10* (Attachments: # 1 Exhibit A)(Rosen, Eileen) (Entered: 06/10/2013) |
| 06/10/2013 | 360 | NOTICE of Motion by Eileen Ellen Rosen for presentment of motion in limine 354 , motion in limine 353 , motion in limine 351 , motion in limine 356 , motion in limine 358 , motion in limine 355 , motion in limine 352 , motion in limine 357 , motion in limine 350 , motion in limine 359 before Honorable Charles R. Norgle Sr. on 6/14/2013 at 10:30 AM. (Rosen, Eileen) (Entered: 06/10/2013) |
| 06/10/2013 | 361 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin first limine *to bar reference to prior arrests and criminal convictions* (Antholt, Amanda) (Entered: 06/10/2013) |
| 06/10/2013 | 362 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin second limine *to bar testimony of Doctors Reddy and Kelkar* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Antholt, Amanda) (Entered: 06/10/2013) |
| 06/10/2013 | 363 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin third limine *to bar reference to Defendants' injuries.* (Antholt, Amanda) (Entered: 06/10/2013) |
| 06/10/2013 | 364 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin fourth limine *to bar hearsay in police reports.* (Antholt, Amanda) (Entered: 06/10/2013) |
| 06/10/2013 | 365 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin fifth limine *to bar "guilt by association" argument.* (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 06/10/2013) |
| 06/10/2013 | 366 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin sixth limine *to bar reference to Defendants' personal finances* (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 06/10/2013) |
| 06/10/2013 | 367 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin seventh limine *to bar undisclosed witnesses.* (Antholt, Amanda) (Entered: 06/10/2013) |
| 06/10/2013 | 368 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin eighth limine *to bar improper opionion testimony and argument regarding "indicative of innocence"* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Antholt, Amanda) (Entered: 06/10/2013) |

| 06/10/2013 | 369 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin tenth limine *regarding Defendants' assertions of the Fifth Amendment* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Antholt, Amanda) (Entered: 06/10/2013) |
| --- | --- | --- |
| 06/10/2013 | 370 | NOTICE of Motion by Amanda C Antholt for presentment of motion in limine 366 , motion in limine 363 , motion in limine, 368 , motion in limine 364 , motion in limine 361 , motion in limine 365 , motion in limine 362 , motion in limine 369 , motion in limine 367 before Honorable Charles R. Norgle Sr. on 6/14/2013 at 10:30 AM. (Antholt, Amanda) (Entered: 06/10/2013) |
| 06/11/2013 | 371 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for leave to file *Unopposed* (Attachments: # 1 Exhibit A - Plaintiffs' Ninth Motion in Limine)(Antholt, Amanda) (Entered: 06/11/2013) |
| 06/11/2013 | 372 | NOTICE of Motion by Amanda C Antholt for presentment of motion for leave to file 371 before Honorable Charles R. Norgle Sr. on 6/14/2013 at 10:30 AM. (Antholt, Amanda) (Entered: 06/11/2013) |
| 06/11/2013 | 373 | ATTORNEY Appearance for Defendant Keith Herrera by Catherine Macneil Barber (Barber, Catherine) (Entered: 06/11/2013) |
| 06/13/2013 | 374 | MINUTE entry before Honorable Charles R. Norgle: Plaintiffs' responses to Defendants' Motions in Limine are due on or before 7/8/2013. Defendants' reply is due on or before 7/22/2013. The parties are not required to appear on Friday, June 24, 2013. Mailed notice (ewf, ) (Entered: 06/13/2013) |
| 06/13/2013 | 375 | MINUTE entry before Honorable Charles R. Norgle: Motion for leave to file 371 is granted. Mailed notice (ewf, ) (Entered: 06/13/2013) |
| 06/13/2013 | 376 | ATTORNEY Appearance for Defendant Keith Herrera by Theresa Lynne Berousek (Berousek, Theresa) (Entered: 06/13/2013) |
| 06/17/2013 | 377 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar improper character attacks.* (Antholt, Amanda) (Entered: 06/17/2013) |
| 06/19/2013 | 378 | NOTICE by James M. Baranyk of Change of Address (Baranyk, James) (Entered: 06/19/2013) |
| 06/20/2013 | 379 | MINUTE entry before Honorable Charles R. Norgle, Sr: The briefing schedule set by the court on June 13, 2013 Doc. No 374 is stricken. The preparation of pretrial materials including motions in limine have been referred to the Honorable Magistrate Judge Geraldine Soat Brown. See Doc. No 347 . Mailed notice (ewf, ) (Main Document 379 replaced on 9/17/2013) (tlp, ). (Entered: 06/20/2013) |
| 06/20/2013 | 380 | NOTICE by Amanda C Antholt of Change of Address (Antholt, Amanda) (Entered: 06/20/2013) |
| 06/20/2013 | 381 | NOTICE by Christopher Rudolf Smith of Change of Address (Smith, Christopher) (Entered: 06/20/2013) |

| 06/20/2013 | 382 | NOTICE by Robert Wade Johnson of Change of Address (Johnson, Robert) (Entered: 06/20/2013) |
|---|---|---|
| 06/24/2013 | 383 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams, Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley for extension of time *to Complete Motions In Limine Briefing* (Benjamin, Stacy) (Entered: 06/24/2013) |
| 06/24/2013 | 384 | NOTICE of Motion by Stacy Ann Benjamin for presentment of extension of time, 383 before Honorable Geraldine Soat Brown on 6/28/2013 at 09:45 AM. (Benjamin, Stacy) (Entered: 06/24/2013) |
| 06/24/2013 | 385 | TRANSCRIPT OF PROCEEDINGS held on 09/27/2012 before the Honorable Geraldine Soat Brown. Court Reporter Contact Information: Pamela S. Warren https://www.ilnd.uscourts.gov/home/Transcript-Order-Form.aspx. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 7/15/2013. Redacted Transcript Deadline set for 7/25/2013. Release of Transcript Restriction set for 9/23/2013. (Warren, Pamela) (Entered: 06/24/2013) |
| 06/25/2013 | 386 | MINUTE entry before Honorable Geraldine Soat Brown: Joint Motion for Extension of Time to Complete Motions In Limine Briefing 383 is granted. Parties shall file their responses to motions in limine by 7/1/13. Replies in support of motions in limine shall be filed by 7/10/13. Motion hearing previously set for 6/28/13 at 9:45 a.m. is hereby stricken, and no appearance is necessary. Notices mailed by Judicial Staff. (psm, ) (Entered: 06/25/2013) |
| 07/01/2013 | 387 | RESPONSE by John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin Opposition to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar reference to prior arrests and criminal convictions* 361 (Rosen, Eileen) (Entered: 07/01/2013) |
| 07/01/2013 | 388 | RESPONSE by John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin Opposition to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar testimony of Doctors Reddy and Kelkar* 362 (Rosen, Eileen) (Entered: 07/01/2013) |
| 07/01/2013 | 389 | RESPONSE by John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin Opposition to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar reference to Defendants' injuries.* 363 |

| | | |
|---|---|---|
| | | (Rosen, Eileen) (Entered: 07/01/2013) |
| 07/01/2013 | 390 | RESPONSE by John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin Opposition to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar hearsay in police reports.* 364 (Rosen, Eileen) (Entered: 07/01/2013) |
| 07/01/2013 | 391 | RESPONSE by John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin Opposition to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar "guilt by association" argument.* 365 (Rosen, Eileen) (Entered: 07/01/2013) |
| 07/01/2013 | 392 | RESPONSE by John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin Opposition to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar nondisclosed witnesses.* 367 (Attachments: # 1 Exhibit A - C)(Rosen, Eileen) (Entered: 07/01/2013) |
| 07/01/2013 | 393 | RESPONSE by John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin Opposition to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar improper opionion testimony and argument regarding "indicative of innocence"* 368 (Rosen, Eileen) (Entered: 07/01/2013) |
| 07/01/2013 | 394 | RESPONSE by John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin Opposition to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar improper character attacks.* 377 (Rosen, Eileen) (Entered: 07/01/2013) |
| 07/01/2013 | 395 | RESPONSE by John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin Opposition to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *regarding Defendants' assertions of the Fifth Amendment* 369 (Rosen, Eileen) (Entered: 07/01/2013) |
| 07/01/2013 | 396 | RESPONSE by John Dahlberg, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar reference to Defendants' personal finances* 366 (Aumann, Thomas) (Entered: 07/01/2013) |
| 07/01/2013 | 397 | MOTION by Defendants John Dahlberg, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley for leave to file *their Motion to Bifurcate Punitive Damages at Trial and to Re-Open Discovery for a Limited Purpose* (Attachments: # 1 Exhibit A) (Aumann, Thomas) (Entered: 07/01/2013) |
| 07/01/2013 | 398 | NOTICE of Motion by Thomas Jon Aumann for presentment of motion for leave to file, 397 before Honorable Geraldine Soat Brown on |

| | | 7/10/2013 at 09:45 AM. (Aumann, Thomas) (Entered: 07/01/2013) |
|---|---|---|
| 07/01/2013 | 399 | RESPONSE by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams *to Defendants' motion in limine no. 1 to bar witnesses to defendants' bad acts* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Antholt, Amanda) (Entered: 07/01/2013) |
| 07/01/2013 | 400 | RESPONSE by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams *to Defendants' motion in limine no. 2 to prohibit Plaintiffs from calling Defendants to the stand.* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Antholt, Amanda) (Entered: 07/01/2013) |
| 07/01/2013 | 401 | RESPONSE by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams *to Defendants motion in limine no. 3 to bar reference to Defendants' criminal convictions.* (Antholt, Amanda) (Entered: 07/01/2013) |
| 07/01/2013 | 402 | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin limine *no. 4* 353 *to bar mention of Defendants' teammates* (Antholt, Amanda) (Entered: 07/01/2013) |
| 07/01/2013 | 403 | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin limine *no. 5* 354 *to bar evidence obtained through CR files.* (Antholt, Amanda) (Entered: 07/01/2013) |
| 07/01/2013 | 404 | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin limine *no. 6* 355 *to bar reference to other incidents of police misconduct* (Antholt, Amanda) (Entered: 07/01/2013) |
| 07/01/2013 | 405 | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin limine *no. 7* 356 *to bar certain witnesses* (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 07/01/2013) |
| 07/01/2013 | 406 | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin limine *no. 8* 357 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Antholt, Amanda) (Entered: 07/01/2013) |
| 07/01/2013 | 407 | RESPONSE by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams *to Defendants' motion in limine to bar undisclosed medical opinions* (Antholt, Amanda) (Entered: 07/01/2013) |

| | | |
|---|---|---|
| 07/01/2013 | 408 | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Rileyin limine *no. 9* 358 *to bar occurrence witnesses* (Antholt, Amanda) (Entered: 07/01/2013) |
| 07/02/2013 | 409 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for leave to file *UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF NUNC PRO TUNC* (Antholt, Amanda) (Entered: 07/02/2013) |
| 07/02/2013 | 410 | NOTICE of Motion by Amanda C Antholt for presentment of motion for leave to file 409 before Honorable Geraldine Soat Brown on 7/5/2013 at 09:45 AM. (Antholt, Amanda) (Entered: 07/02/2013) |
| 07/02/2013 | 411 | NOTICE of Motion by Amanda C Antholt for presentment of motion for leave to file 409 before Honorable Geraldine Soat Brown on 7/10/2013 at 09:45 AM. (Antholt, Amanda) (Entered: 07/02/2013) |
| 07/08/2013 | 412 | MINUTE entry before Honorable Geraldine Soat Brown: Plaintiffs' Unopposed Motion for Leave to File Oversized Brief Nunc Pro Tunc 409 is granted. Motion hearing previously set for 7/10/13 at 9:45 a.m. is hereby stricken. Notices mailed by Judicial staff. (psm, ) (Entered: 07/10/2013) |
| 07/10/2013 | 413 | MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Defendants' Motion for Leave to File Motion to Bifurcate Punitive Damages at Trial and Re-Open Discovery 397 is denied without prejudice. The motion attached as Exhibit A to Defendants' Motion for Leave to File is defective in a number of respects. First, a motion to bifurcate must be filed as a separate motion before the District Judge. Second, a motion for leave to re-open discovery for a limited purpose cannot be phrased as a hypothetical. To the extent that certain defendants intend to testify, and permit discovery about financial conditions, that issue must be raised in a factual presentation. Notices mailed by Judicial Staff. (psm, ) (Entered: 07/10/2013) |
| 07/10/2013 | 414 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams, Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley for extension of time *to Complete Replies in Support of Motions In Limine* (Benjamin, Stacy) (Entered: 07/10/2013) |
| 07/10/2013 | 415 | NOTICE of Motion by Stacy Ann Benjamin for presentment of extension of time, 414 before Honorable Geraldine Soat Brown on 7/17/2013 at 09:45 AM. (Benjamin, Stacy) (Entered: 07/10/2013) |
| 07/11/2013 | 416 | MINUTE entry before Honorable Geraldine Soat Brown: Plaintiffs' Motion For Extension of Time to Complete Replies in Support of Motions in Limine 414 is granted. Plaintiffs' replies in support of motions in limine shall be filed by 7/7/13. Motion hearing previously set for 7/17/13 at 9:45 a.m. is hereby stricken and no appearance is necessary. Notices mailed by Judicial Staff. (psm, ) (Entered: |

| | | 07/11/2013) |
|---|---|---|
| 07/11/2013 | 417 | MINUTE entry before Honorable Geraldine Soat Brown: The minute entry dated 7/11/13 is amended to read as follows: Joint Motion For Extension of Time to Complete Replies in Support of Motions in Limine 414 is granted. Replies in support of motions in limine shall be filed by 7/17/13. Motion hearing previously set for 7/17/13 at 9:45 a.m. is hereby stricken and no appearance is necessary. Notices mailed by Judicial Staff. (psm, ) (Entered: 07/11/2013) |
| 07/17/2013 | 418 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to supplement *THEIR RESPONSE TO DEFENDANTS 1st MOTION IN LIMINE TO BAR WITNESSES TO DEFENDANT OFFICERS BAD ACTS* (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 419 | NOTICE of Motion by Amanda C Antholt for presentment of motion to supplement 418 before Honorable Geraldine Soat Brown on 7/24/2013 at 09:45 AM. (Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 420 | REPLY by Seneca Adams, Sicara Adams, Tari Adams to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar reference to prior arrests and criminal convictions* 361 (Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 421 | REPLY by Seneca Adams, Sicara Adams, Tari Adams to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar reference to Defendants' injuries.* 363 , MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar testimony of Doctors Reddy and Kelkar* 362 (Attachments: # 1 Exhibit A - Filed Under Seal)(Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 422 | SEALED EXHIBIT by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams regarding reply to response to motion, 421 (Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 423 | REPLY by Seneca Adams, Sicara Adams, Tari Adams to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar hearsay in police reports.* 364 (Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 424 | REPLY by Seneca Adams, Sicara Adams, Tari Adams to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar "guilt by association" argument.* 365 (Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 425 | REPLY by Seneca Adams, Sicara Adams, Tari Adams to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar nondisclosed witnesses.* 367 (Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 426 | REPLY by Seneca Adams, Sicara Adams, Tari Adams to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsin limine *to bar improper opinion testimony and argument regarding "indicative of* |

| | | |
|---|---|---|
| | | *innocence"* 368 (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 427 | REPLY by Seneca Adams, Sicara Adams, Tari Adams to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams in limine *to bar improper character attacks.* 377 (Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 428 | REPLY by Seneca Adams, Sicara Adams, Tari Adams to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams in limine *regarding Defendants' assertions of the Fifth Amendment* 369 (Antholt, Amanda) (Entered: 07/17/2013) |
| 07/17/2013 | 429 | REPLY by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to motion in limine 350 *no. 1* (Rosen, Eileen) (Entered: 07/17/2013) |
| 07/17/2013 | 430 | REPLY by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to motion in limine 351 *no. 2* (Attachments: # 1 Exhibit A)(Rosen, Eileen) (Entered: 07/17/2013) |
| 07/17/2013 | 431 | REPLY by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to motion in limine 352 *no. 3* (Rosen, Eileen) (Entered: 07/17/2013) |
| 07/17/2013 | 432 | REPLY by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to motion in limine 353 *no. 4* (Rosen, Eileen) (Entered: 07/17/2013) |
| 07/17/2013 | 433 | REPLY by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to motion in limine 354 *no. 5* (Rosen, Eileen) (Entered: 07/17/2013) |
| 07/17/2013 | 434 | REPLY by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to motion in limine 355 *no. 6* (Rosen, Eileen) (Entered: 07/17/2013) |
| 07/17/2013 | 435 | REPLY by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to motion in limine 356 *no. 7* (Attachments: # 1 Exhibit A)(Rosen, Eileen) (Entered: 07/17/2013) |
| 07/17/2013 | 436 | REPLY by Defendants John Dahlberg, Keith Herrera, Margaret Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to motion in limine 357 *no. 8* (Rosen, Eileen) (Entered: 07/17/2013) |
| 07/17/2013 | 437 | REPLY by Defendants John Dahlberg, Keith Herrera, Margaret |

| | | |
|---|---|---|
| | | Hopkins, John Hurley, Timothy McKeon, Jennifer O'Shaugnessy, Matthew Riley to motion in limine 358 *no. 9* (Rosen, Eileen) (Entered: 07/17/2013) |
| 07/18/2013 | 438 | MINUTE entry before Honorable Geraldine Soat Brown:Plaintiffs' Motion to Supplement Their Response to Defendants' 1st Motion in Limine to Bar Witnesses to Defendant Officers' Bad Acts 418 is granted. Motion hearing previously set for 7/24/13 at 9:45 a.m. is hereby stricken and no appearance is necessary. Notices mailed by Judicial Staff. (psm, ) (Entered: 07/18/2013) |
| 07/29/2013 | 439 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for protective order *for Certain Documents, UNOPPOSED* (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 07/29/2013) |
| 07/29/2013 | 440 | NOTICE of Motion by Amanda C Antholt for presentment of motion for protective order 439 before Honorable Geraldine Soat Brown on 8/7/2013 at 09:45 AM. (Antholt, Amanda) (Entered: 07/29/2013) |
| 08/05/2013 | 441 | MINUTE entry before Honorable Geraldine Soat Brown: Unopposed Motion for Protective Order for Certain Documents 439 is granted. Enter Agreed Privacy Act Protective Order. Motion hearing previously set for 8/7/13 at 9:45 a.m. is hereby stricken and no appearance is necessary. Notices mailed by Judicial Staff. (psm, ) (Entered: 08/05/2013) |
| 08/05/2013 | 442 | AGREED PRIVACY ACT PROTECTIVE Order. Signed by the Honorable Geraldine Soat Brown on 8/5/2013.(psm, ) (Entered: 08/05/2013) |
| 09/05/2013 | 443 | ORDER entered by the Honorable Geraldine Soat Brown on 9/5/2013: The District Judge has referred the parties' motions in limine to this court. [Dkt 163 .] For convenience, the motions have been divided into separate orders for ruling. This order rules upon the follow motions: plaintiffs' motions in limine nos. 2, 3, 6, 7 and 10, and defendants' motions in limine nos. 2 and 7. [Dkt 351 , 356 , 362 , 363 , 366 , 367 , 369 .] Other motions will be ruled upon in forthcoming orders. In addition, Defendants' motion in limine no. 8 is moot because defendants have withdrawn it, and defendants' motion in limine no. 10 is granted as unopposed. Notices mailed by Judicial Staff. (psm, ) (Entered: 09/05/2013) |
| 09/06/2013 | 444 | ORDER entered by the Honorable Geraldine Soat Brown on 9/6/2013: For the reasons set out in the attached order, plaintiffs are given until 9/13/13 to supplement their Response to Defendants Motion in Limine No. 1 [dkt 399]. Defendants are given until 9/20/13 to respond to plaintiffs supplemental submission. [For further detail see attached order.] Notices mailed by Judicial Staff. (psm, ) (Entered: 09/06/2013) |
| 09/10/2013 | 445 | ORDER entered by the Honorable Geraldine Soat Brown on 9/10/2013: The District Judge has referred the parties' motions in limine to this court. [Dkt 163 .] As mentioned in an earlier order, the motions have been divided for convenience into separate orders for ruling. [Dkt |

| | | |
|---|---|---|
| | | 443 .] This order rules on plaintiffs' motions in limine nos. 5 and 9 [dkt 365 , 377 ], and defendants' motions in limine nos. 4 and 9 [dkt 353 , 358 ]. Plaintiffs' motions in limine nos. 5 and 9 and defendants' motion in limine no. 4 are granted in part and denied in part consistent with this order. Defendants' motion in limine no. 9 is denied without prejudice to any objections defendants may make at trial as to any particular testimony. Other motions will be ruled upon in forthcoming orders. [For further detail see attached order.] Notices mailed by Judicial Staff. (psm, ) (Entered: 09/10/2013) |
| 09/13/2013 | 446 | UNOPPOSED MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for extension of time *to file supplement response*, 444 (Antholt, Amanda) (Entered: 09/13/2013) |
| 09/13/2013 | 447 | NOTICE of Motion by Amanda C Antholt for presentment of extension of time,, motion for extension of time to file response/reply,, motion for relief, 446 before Honorable Geraldine Soat Brown on 9/18/2013 at 09:45 AM. (Antholt, Amanda) (Entered: 09/13/2013) |
| 09/13/2013 | 448 | MINUTE entry before Honorable Geraldine Soat Brown: Plaintiff's unopposed motion for extension of time to time to file supplement response 446 is granted. Plaintiffs may file their supplement to their response to Defendants' first motion in limine by 9/16/13, and defendants' reply is extended to 9/23/13. The court notes, however, that this additional briefing was required because of the inadequacy of the earlier briefing on the motion in limine. Because the District Judge has set the trial for 10/15/13, this court is working to rule on the motions in limine as soon as possible. No further extensions of this briefing will be permitted. Notices mailed by Judicial Staff. (psm, ) (Entered: 09/13/2013) |
| 09/16/2013 | 449 | MINUTE entry before Honorable Geraldine Soat Brown: Counsel for plaintiffs report that the parties have reached an agreement as to liability. Status hearing is set for 9/17/13 at 10:00 a.m. Counsel shall be prepared to: (1) discuss revisions to the pretrial order in light of the parties' agreement; (2) identify which if any pending motions in limine are not mooted by the parties' agreement; and (3) identify any remaining issues within the scope of the referral to the Magistrate Judge that require ruling. Notices mailed by Judicial Staff. (psm, ) (Entered: 09/16/2013) |
| 09/17/2013 | 450 | MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held. The parties advise the Court that they have reached agreements, as stated on the record, that will limit the trial in this case to the issue of compensatory damages only. All pending motions in limine are moot. The parties shall file a revised pretrial order no later than 9/25/13, limited to the issue of compensatory damages, including jury instructions, also appropriately revised. If any party believes that the revised pretrial order contains any issue that will require this Court's ruling, the parties shall jointly contact this Court's courtroom deputy no later than 9/27/13 to so advise. If this Court does not hear from counsel by 9/27/13, the referral shall be closed and the case returned to assigned |

| | | |
|---|---|---|
| | | judge. Notices mailed by Judicial Staff. (psm, ) (Entered: 09/17/2013) |
| 09/17/2013 | 451 | NOTICE of Correction regarding document number 379 (tlp, ) (Entered: 09/17/2013) |
| 09/25/2013 | 452 | PROPOSED Pretrial Order *REVISED FINAL PRETRIAL ORDER* (Attachments: # 1 Exhibit A - Proposed Jury Instructions)(Antholt, Amanda) (Entered: 09/25/2013) |
| 09/25/2013 | 453 | NOTICE by Seneca Adams, Sicara Adams, Tari Adams re proposed pretrial order 452 *Revised Pre-Trial Order* (Antholt, Amanda) (Entered: 09/25/2013) |
| 09/30/2013 | 454 | ATTORNEY Appearance for Defendant City Of Chicago by Geri Lynn Yanow (Yanow, Geri Lynn) (Entered: 09/30/2013) |
| 10/04/2013 | 455 | MINUTE entry before Honorable Geraldine Soat Brown: The Court has not been notified of any matters regarding the pretrial order that need this Court's attention, accordingly all matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Notices mailed by Judicial Staff. (psm, ) (Entered: 10/04/2013) |
| 10/07/2013 | 456 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for leave to file *Supplemental Jury Instructions* (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 10/07/2013) |
| 10/07/2013 | 457 | NOTICE of Motion by Amanda C Antholt for presentment of motion for leave to file 456 before Honorable Charles R. Norgle Sr. on 10/15/2013 at 10:00 AM. (Antholt, Amanda) (Entered: 10/07/2013) |
| 10/10/2013 | 458 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsto Submit Questions for Voir Dire (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 10/10/2013) |
| 10/10/2013 | 459 | NOTICE of Motion by Amanda C Antholt for presentment of motion for miscellaneous relief 458 before Honorable Charles R. Norgle Sr. on 10/15/2013 at 10:00 AM. (Antholt, Amanda) (Entered: 10/10/2013) |
| 10/10/2013 | 460 | RESPONSE by City Of Chicago to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams for leave to file *Supplemental Jury Instructions* 456 (Attachments: # 1 Exhibit A)(Rosen, Eileen) (Entered: 10/10/2013) |
| 10/11/2013 | 461 | MINUTE entry before Honorable Charles R. Norgle: Plaintiffs' Motion for Leave to Supplement the Proposed Jury INstructions 456 is granted. Mailed notice (ewf, ) (Entered: 10/11/2013) |
| 10/11/2013 | 462 | MINUTE entry before Honorable Charles R. Norgle, Sr: The October 15, 2013 trial date is stricken. The parties are not required to appear on Tuesday, October 15, 2013. Mailed notice (ewf, ) (Entered: 10/11/2013) |
| 10/22/2013 | 463 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adamsto |

| | | Set Trial (Smith, Christopher) (Entered: 10/22/2013) |
|---|---|---|
| 10/22/2013 | 464 | NOTICE of Motion by Christopher Rudolf Smith for presentment of motion for miscellaneous relief 463 before Honorable Charles R. Norgle Sr. on 10/25/2013 at 10:30 AM. (Smith, Christopher) (Entered: 10/22/2013) |
| 10/24/2013 | 465 | MINUTE entry before Honorable Charles R. Norgle: Plaintiffs' Motion to Set Trial 463 is granted. This matter is set for a jury trial on damages on February 4, 2014 at 10:00 a.m. The parties are not required to appear before the court on Friday, October 25, 2013. Mailed notice (ewf, ) (Entered: 10/24/2013) |
| 10/24/2013 | 466 | ORDER: Plaintiffs' Motion to Set Trial 463 is granted. This matter is set for a jury trial on damages on 2/4/2014 at 10:00 AM. Signed by the Honorable Charles R. Norgle, Sr on 10/24/2013: Mailed notice (jmp, ) (Entered: 10/28/2013) |
| 01/20/2014 | 467 | MOTION by Defendant City Of Chicago to continue *trial* (Attachments: # 1 Exhibit A)(Rosen, Eileen) (Entered: 01/20/2014) |
| 01/20/2014 | 468 | NOTICE of Motion by Eileen Ellen Rosen for presentment of motion to continue 467 before Honorable Charles R. Norgle Sr. on 1/24/2014 at 10:30 AM. (Rosen, Eileen) (Entered: 01/20/2014) |
| 01/22/2014 | 469 | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendant City Of Chicago to continue *trial* 467 (Antholt, Amanda) (Entered: 01/22/2014) |
| 01/24/2014 | 470 | MINUTE entry before the Honorable Charles R. Norgle: Motion hearing held on 1/24/2014 Motion to continue trial date 467 is taken under advisement. A status hearing is set for 1/28/2014 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 01/24/2014) |
| 01/28/2014 | 471 | MINUTE entry before the Honorable Charles R. Norgle: Motion to continue the trial 467 is granted;. Status hearing held on 1/28/2014. Jury trial date is reset for 2/18/2014 at 10:00 A.M. Mailed notice (ewf, ) (Entered: 01/28/2014) |
| 02/17/2014 | 472 | PROPOSED Voir Dire by City Of Chicago (Rosen, Eileen) (Entered: 02/17/2014) |
| 02/18/2014 | 473 | MINUTE entry before the Honorable Charles R. Norgle: Jury trial begun on 2/18/2014. Jury selected. Opening statement heard. Evidence heard. Jury trial is continued to 2/19/2014 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 02/18/2014) |
| 02/19/2014 | 474 | MINUTE entry before the Honorable Charles R. Norgle: Jury trial held on 2/19/2014. Jury trial is continued to 2/20/2014 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 02/19/2014) |
| 02/20/2014 | 475 | JURY Instructions. (jmp, ) (Entered: 02/24/2014) |
| 02/20/2014 | 476 | ORDER ; Jury trial held. Closing arguments heard Jury deliberations |

| | | |
|---|---|---|
| | | commence Jury verdict is returned in favor of Plaintiffs and against the Defendant. Trial ends; Civil case terminated. Signed by the Honorable Charles R. Norgle, Sr on 2/20/2014: Mailed notice (jmp, ) (Entered: 02/24/2014) |
| 02/20/2014 | 477 | NOTES from jury. (jmp, ) (Entered: 03/04/2014) |
| 02/20/2014 | 478 | JURY Verdict entered in favor of plaintiffs and against defendant. (Mailed Notice) (RESTRICTED) (jmp, ) (Entered: 03/04/2014) |
| 03/11/2014 | 479 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari AdamsEntry of Judgment (Attachments: # 1 Exhibit A)(Antholt, Amanda) (Entered: 03/11/2014) |
| 03/11/2014 | 480 | NOTICE of Motion by Amanda C Antholt for presentment of motion for miscellaneous relief 479 before Honorable Charles R. Norgle Sr. on 3/14/2014 at 10:30 AM. (Antholt, Amanda) (Entered: 03/11/2014) |
| 03/13/2014 | 481 | MINUTE entry before the Honorable Charles R. Norgle: Defendants' response to Plaintiffs' Motion for Entry of Judgment 479 is due on or before 3/28/2014. Defendants' reply is due on or before 4/4/2014. The parties are not required to appear on Friday, March 14, 2014. Mailed notice (ewf, ) (Entered: 03/13/2014) |
| 03/25/2014 | 482 | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari AdamsENTRY OF SCHEDULE FOR FILING OF PETITIONS FOR ATTORNEYS FEES AND COSTS, AND THE LOCAL RULE 54.3 EXCHANGE (Antholt, Amanda) (Entered: 03/25/2014) |
| 03/25/2014 | 483 | NOTICE of Motion by Amanda C Antholt for presentment of motion for miscellaneous relief 482 before Honorable Charles R. Norgle Sr. on 3/28/2014 at 10:30 AM. (Antholt, Amanda) (Entered: 03/25/2014) |
| 03/27/2014 | 484 | OBJECTIONS by City Of Chicago to MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari AdamsENTRY OF SCHEDULE FOR FILING OF PETITIONS FOR ATTORNEYS FEES AND COSTS, AND THE LOCAL RULE 54.3 EXCHANGE 482 (Rosen, Eileen) (Entered: 03/27/2014) |
| 03/27/2014 | 485 | MINUTE entry before the Honorable Charles R. Norgle: Motion to set schedule 482 is denied. Court has reviewed Defendants' objection to Plaintiff's motion. A judgment has not been entered. The motion is premature. The parties are not required to appear on Friday, March 28, 2014. Mailed notice (ewf, ) (Entered: 03/27/2014) |
| 03/28/2014 | 486 | RESPONSE by Defendant City Of Chicago to motion for miscellaneous relief 479 in opposition to plaintiffs' motion for entry of judgment (Attachments: # 1 Exhibit A)(Rosen, Eileen) (Entered: 03/28/2014) |
| 03/28/2014 | 487 | MOTION by Defendant City Of Chicago to alter judgment motion for remittitur (Rosen, Eileen) (Entered: 03/28/2014) |
| 03/28/2014 | 488 | NOTICE of Motion by Eileen Ellen Rosen for presentment of motion |

| | | |
|---|---|---|
| | | to alter judgment [487](#) before Honorable Charles R. Norgle Sr. on 4/4/2014 at 10:30 AM. (Rosen, Eileen) (Entered: 03/28/2014) |
| 04/01/2014 | [489](#) | REPLY by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to Response [486](#) *In SUPPORT of Plaintiffs' Motion for Entry of Judgment* (Antholt, Amanda) (Entered: 04/01/2014) |
| 04/03/2014 | [490](#) | MINUTE entry before the Honorable Charles R. Norgle: Plaintiffs' response to Defendant's Motion for Remittitur [487](#) is due on or before 4/18/2014. Defendant's reply is due o or before 5/2/2014. Mailed notice (ewf, ) (Entered: 04/03/2014) |
| 04/18/2014 | [491](#) | RESPONSE by Seneca Adams, Sicara Adams, Tari Adamsin Opposition to MOTION by Defendant City Of Chicago to alter judgment *motion for remittitur* [487](#) (Antholt, Amanda) (Entered: 04/18/2014) |
| 05/02/2014 | [492](#) | REPLY by Defendant City Of Chicago to motion to alter judgment [487](#) *in Support of Motion for Remittitur* (Rosen, Eileen) (Entered: 05/02/2014) |
| 05/27/2014 | [493](#) | ORDER: Plaintiffs' Motion for Entry of Judgment [479](#) is granted. The Clerk shall enter judgment on the jury's verdict pursuant to Federal Rule of Civil Procedure 58(b). The execution, of the judgment shall be stayed pursuant to Rule 62(b ), however, pending the resolution of Defendant City of Chicago's Rule 59( e) motion for remittitur. The motion for remittitur [487](#) remains under advisement. Signed by the Honorable Charles R. Norgle, Sr on 5/27/2014: Mailed notice (jmp, ) (Entered: 05/28/2014) |
| 05/27/2014 | [494](#) | ENTERED JUDGMENT Signed by the courtroom deputy for the Honorable Charles R. Norgle, Sr on 5/27/2014: Mailed notice (jmp, ) (Entered: 05/28/2014) |
| 06/10/2014 | [495](#) | ORDER: Defendant's Motion for Remittitur [487](#) is granted as to Plaintiff Sicara Adams ("Sicara"). Sicara's damages are reduced from $300,000 to $125,000. The motion remains under advisement as to Plaintiffs Seneca Adams and Tari Adams. Signed by the Honorable Charles R. Norgle, Sr on 6/10/2014. Mailed notice (td, ) (Entered: 06/12/2014) |
| 06/10/2014 | [496](#) | OPINION and Order Signed by the Honorable Charles R. Norgle, Sr on 6/10/2014. Mailed notice (td, ) (Entered: 06/12/2014) |
| 06/18/2014 | [497](#) | MOTION by Plaintiffs Seneca Adams, Sicara Adams, Tari Adams to consolidate the schedule for filing (unopposed motion) (Antholt, Amanda) (Entered: 06/18/2014) |
| 06/18/2014 | [498](#) | NOTICE of Motion by Amanda C Antholt for presentment of motion for miscellaneous relief [497](#) before Honorable Charles R. Norgle Sr. on 6/27/2014 at 10:30 AM. (Antholt, Amanda) (Entered: 06/18/2014) |
| 06/26/2014 | [499](#) | MINUTE entry before the Honorable Charles R. Norgle: Unopposed Motion to Consolidate Schedule for Filing the Bill of Costs with the |

| | | |
|---|---|---|
| | | Petition for Attorney's Fees 497 is granted. The parties are not required to appear before the court on Friday, June 27, 2014. Mailed notice (ewf, ) (Entered: 06/26/2014) |
| 07/14/2014 | 500 | MOTION by Defendant City Of Chicago for extension of time *regarding schedule for filing the bill of costs and petition for attorneys' fees (agreed)* (Rosen, Eileen) (Entered: 07/14/2014) |
| 07/14/2014 | 501 | NOTICE of Motion by Eileen Ellen Rosen for presentment of extension of time 500 before Honorable Charles R. Norgle Sr. on 7/18/2014 at 10:30 AM. (Rosen, Eileen) (Entered: 07/14/2014) |
| 07/17/2014 | 502 | MINUTE entry before the Honorable Charles R. Norgle: Agreed Motion to Revise Schedule for Filing the Bill of Costs and Petition for Attorneys' Fees 500 is granted. The parties are not required to appear before the court on Friday, July 18, 2014. Mailed notice (ewf, ) (Entered: 07/17/2014) |
| 08/01/2014 | 503 | ORDER: Defendant's Motion for Remittitur 487 is granted. Plaintiff Seneca Adams's award from $2,400,000 to $1,170,000, and Plaintiff Tari Adams's award from $1,000,000 to $350,000. In a separate Order, the Court previously reduced Plaintiff Sicara Adams's award from $300,000 to $150,000. Signed by the Honorable Charles R. Norgle, Sr on 8/1/2014. (jh, ) (Entered: 08/05/2014) |
| 08/01/2014 | 504 | OPINION and Order. Signed by the Honorable Charles R. Norgle, Sr on 8/1/2014. (jh, ) (Entered: 08/05/2014) |
| 08/21/2014 | 505 | NOTICE of appeal by Seneca Adams, Tari Adams regarding orders 503 , 504 Filing fee $ 505, receipt number 0752-9790716. (Smith, Christopher) (Entered: 08/21/2014) |
| 08/22/2014 | 506 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 505 . (smm) (Entered: 08/22/2014) |