**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SENECA ADAMS, et al.,

    Plaintiffs,

v.

CITY OF CHICAGO, et al.,

    Defendants.

No. 06 C 4856

Judge Charles R. Norgle, Sr.

## **PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs Seneca Adams, Tari Adams, and Sicara Adams, by and through one their attorneys, Christopher Smith, respectfully move this Honorable Court for entry of judgment. In support of this Motion, Plaintiffs state as follows:

1. The trial in this matter began on February 18, 2014.

2. On February 20, 2014, the jury returned a verdict in Plaintiffs' favor.

3. The jury awarded compensatory damages to Plaintiff Seneca Adams in the amount of $2,400,000.00; and to Plaintiff Tari Adams in the amount of $1,000,000.00.

4. On May 27, 2014, the district court entered judgment on the verdict.

5. On August 1, 2014, the district court entered an order granting in Defendant's Rule 59 Motion for Remittitur.

6. A Notice of Appeal was filed on August 21, 2014 on behalf of Plaintiffs' Seneca Adams and Tari Adams.

7. On August 14, 2015 the 7th Circuit Court of Appeals issued a final judgment to vacate the district court's judgments in their cases and remand with instructions to reinstate the jury's verdict.

8. On September 8, 2015 the Appellate Court's mandate was filed in the Northern District of Illinois.

WHEREFORE Plaintiffs respectfully request that this Honorable Court reinstate the jury's verdict for Seneca Adams and Tari Adams and enter judgment on the jury verdict in this matter consistent with the mandate of the Appellate Court.

                RESPECTFULLY SUBMITTED,

                _____/s/ Christopher R. Smith_____
                One of the Attorneys for Plaintiffs

Amanda Antholt
Christopher R. Smith
Robert W. Johnson
One North LaSalle, Suite 2000
Chicago, IL 60602
312.432.0400